**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Synergy CHC Corp. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Synergy Strips Corp.<br>DBA Focus Factor<br>DBA Factor Nutrition Labs |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 99-0379440 |
| 4. | **Debtor's address** | **Principal place of business**<br>770 Roosevelt Trail, Ste 8, #1016, N<br>Windham, ME 04062<br>Number, Street, City, State & ZIP Code<br>Cumberland<br>County<br><br>**Mailing address, if different from principal place of business**<br>PO Box 22<br>Sebago, ME 04029<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>NUM FU111728 NE Miami Gardens Dr. Miami, FL 33179<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://synergychc.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Synergy CHC Corp. Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4242

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

Debtor Synergy CHC Corp. Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Synergy CHC Corp.
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026
MM / DD / YYYY

**X** /s/ Lauren Berret
Signature of authorized representative of debtor

Lauren Berret
Printed name

Title Authorized Agent

---

**18. Signature of attorney**

**X** /s/ Maurice Verstandig
Signature of attorney for debtor

Date September 4, 2026
MM / DD / YYYY

Maurice Verstandig
Printed name

The VerStandig Law Firm
Firm name

9812 Falls Road
#114-160
Potomac, Maryland 20854
Number, Street, City, State & ZIP Code

Contact phone

Email address mac@mbvesq.com

Bar number and State

Debtor Synergy CHC Corp. Case number (*if known*) ______
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Hand MD Corp | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | NomadChoice Pty Ltd. | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy CHC Inc. | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy CHC Mexico | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy Reorg, LLC | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |

**RESOLUTION OF BOARD OF DIRECTORS OF SYNERGY CHC CORP.**

WHEREAS, Synergy CHC Corp. ("Synergy") is no longer able to pay its debts as they come due; and

WHEREAS, it is the consensus of the board of directors of Synergy that the best interests of creditors, stockholders, and other parties in interest will be advanced through a liquidation or reorganization of the assets of Synergy under chapter 11 of title 11 of the United States Code; and

WHEREAS, the board of directors, having been duly convened and polled, does unanimously resolve as follows, as ascribed to herein by the chairman of said board:

1. Pursuant to section 78.315 of the Nevada Revised Statutes, the board of directors of Synergy hereby resolves—through the unanimous vote of said board—to authorize Synergy to petition for relief pursuant to chapter 11 of title 11 of the United States Code and to do so without any further action or authorization of the board.

2. Pursuant to section 78.315 of the Nevada Revised Statutes, the board of directors of Synergy hereby resolves—through the unanimous vote of said board—that Lauren Berret shall serve as the entity's chief restructuring officer, on the terms and conditions previously agreed upon, with her engagement being expressly ratified by the board

3. Pursuant to section 78.315 of the Nevada Revised Statutes, the board of directors of Synergy hereby resolves—through the unanimous vote of said board—that The VerStandig Law Firm, LLC shall serve as the entity's bankruptcy counsel, on the terms and conditions previously agreed upon, with the law firm's engagement being expressly ratified by the board; and

4. Pursuant to section 78.622 of the Nevada Revised Statutes, all actions necessary to carry out the bankruptcy of Synergy shall hereafter be conducted without further action by this board of directors.

Dated this 2nd day of September, 2026

SYNERGY CHC CORP.

DocuSigned by:

By: Jack Ross
CAE4FF7E52AA41F...

Jack Ross
Chairman of the Board of Directors

Maurice B. VerStandig, Esq.
Christianna Cathcart, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-_______-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Forthcoming |

**NOTES ACCOMPANYING PETITION**

Synergy CHC Corp (the "Lead Debtor") and five affiliated entities engaged in the business of developing, marketing, and selling consumer health and wellness products are seeking chapter 11 relief in this Honorable Court on September 4, 2026, pursuant to the allowances of section 301 of title 11 of the United States Code (the "Bankruptcy Code"). These notes are aimed at offering insight into the cases.

1. The Lead Debtor is a Nevada corporation, headquartered in Maine, whose common stock trades on the Nasdaq Capital Market and which is obliged to file periodic reports with the Securities and Exchange Commission. It is the ultimate parent company of the enterprise and owns, directly, the whole of the equity of each of the other debtors—Synergy CHC Inc., a Canadian

[1] The debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

corporation that conducts operations north of the border; NomadChoice Pty. Ltd., an Australian company; Synergy CHC Mexico; Hand MD Corp.; and Synergy Reorg, LLC, a District of Columbia limited liability company.

2. The companies are built around various productions, including FOCUSfactor, a line of dietary supplements marketed in support of memory, concentration, and focus, and sold in regular and extra strength formulations, in a children's formulation, in a combined brain-and-vision formulation, in the F29 line, and in gummy form. The debtors own and market a portfolio of other consumer brands as well, amongst them Flat Tummy, a line of supplements and lifestyle products sold in the weight management category; Hand MD, a skincare line formulated for the hands; and Sneaky Vaunt, Perfekt Beauty, Mane Game, Neuragen, CocoWhite, and Think Fuel. The products reach consumers through the shelves of—amongst many others—Walmart, Walgreens, Kroger, through wholesale distributors including, McKesson, and Cardinal Health, and through Amazon and other online channels. These brands, and the intellectual property underlying them, are the principal pre-petition assets of these estates.

3. The debtors will be moving to have their cases jointly administered. Substantive consolidation is *not* being sought at this juncture, and each debtor has filed its own schedules and its own statement of financial affairs. One consequence merits mention: the obligation owed to ACP Agency, LLC, as agent, in a sum approximating $18.9 million, appears upon the schedules of all debtors, each of which is a co-obligor thereon. This does *not* mean the sum owed is to be multiplied; to the contrary, it is merely a reflection of each such debtor endeavoring to acknowledge its own potential liability.

4. Two components of Synergy CHC Corp's financing indebtedness are scheduled as disputed. First, the claim of ACP Agency, LLC, arising from a term loan credit agreement entered

into in May 2025 and asserted to be secured by substantially all of Synergy CHC Corp's present and after acquired assets is scheduled as disputed. Second, Synergy CHC Corp reserves all rights to challenge the characterization of three transactions with Cedar Advance, LLC, dated December 2024, November 2025, and March 2026, which aggregate approximately $5.7 million and are documented as purchases of future receivables. Synergy CHC Corp. contends that those transactions may be disguised loans rather than true purchases of receivables and likely constitute constructively fraudulent conveyances in any event.

5. The values ascribed to assets upon each debtor's Schedule A/B are book values, drawn from records kept in the ordinary course, and are not appraisals. A number of the enterprise's most valuable assets—the trademarks and trademark applications, the internet domain names and websites, the Health Canada product licenses held by Synergy CHC Inc., and the Lead Debtor's equity in its subsidiaries—carry no independent book value and are, in consequence, scheduled at $0.00. That figure is an artifact of accounting convention and is *not* a representation that such assets are without worth. The financial data appearing upon Official Form 201A, being drawn from the Lead Debtor's unaudited Form 10-Q for the quarter ended March 31, 2026, is stated as of an earlier date and upon a different basis, and will accordingly not tie to Schedule A/B.

6. Ownership of certain of the rights scheduled upon Schedule A/B is subject to a bona fide dispute. The listing of any such right is made without prejudice to the Debtors' position in that dispute; neither is the scheduling of an asset an admission that any third party holds an interest in it, nor is the omission of an asset a disclaimer of ownership.

7. Shortly prior to the petition date, the Lead Debtor assigned accounts receivable, in a face amount of $204,267.06, to Synergy Reorg, LLC for purposes of collection, subject to an obligation on the part of the assignee to remit eighty percent (80%) of all funds collected. The

transaction is disclosed at question 13 of the Lead Debtor's statement of financial affairs and the underlying agreement is scheduled upon Schedule G. Because Synergy Reorg, LLC is itself a debtor before this Honorable Court, the corresponding obligation appears upon that entity's schedules; no double-counting of estate assets is intended.

8. A single retainer, in the sum of $25,000.00, was paid on August 19, 2026 for the representation of all six debtors, and has not been allocated amongst them. It is disclosed, in that fashion, at question 11 of each statement of financial affairs. A separate payment of $25,000.00 was made to Eisner Advisory Group LLC to pay a retainer to the debtors' chief restructuring officer. Both retainers were paid by Nelson Mullins Riley and Scarborough LLP from funds held in trust for the benefit of Synergy CHC Corp and disbursed at its direction. No third party funded either engagement.

9. The retainer paid to counsel, pre-petition, has been exhausted *en toto* through payment of pre-petition fees and payment of filing fees.

10. The retainer paid to Eisner Advisory Group LLC, pre-petition, has been largely expended through payment of pre-petition fees.

11. While "first day" motions will be docketed on a rolling basis through the holiday weekend, the Debtors reasonably anticipate seeking emergency relief of the following varieties:

a. An order directing that the debtors' cases be jointly administered;

b. An order permitting the debtors to maintain one or more pre-petition bank accounts and other ordinary bank accounts;

c. An order permitting the debtors to use cash collateral;

d. An order excusing the necessity of engaging a claims and docketing agent;

e. An order for turnover of funds belonging to one or more debtors;

f. An order approving a compromise with an insider;

g. A case management order; and

h. An order establishing protocols for the interim payment of case professionals.

Respectfully submitted,

Dated: September 4, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

Christianna A. Cathcart, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

**Official Form 201A (12/15)**
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Columbia

In re Synergy CHC Corp. Debtor(s)

Case No. ____________
Chapter 11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-42374.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2026.

a. Total assets $ 6,461,591.00

b. Total debts (including debts listed in 2.c., below) $ 31,866,841.00

c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares common stock | 20,711,110 | 0 |

Comments, if any:

3. Brief description of Debtor's business:
Consumer healthcare company developing, marketing, and selling nutritional supplements and wellness products.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Jack Ross - 23.16%



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026

*X* /s/ Lauren Berret
Signature of individual signing on behalf of debtor

Lauren Berret
Printed name

Authorized Agent
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Synergy CHC Corp. |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ACP Agency, LLC<br>c/o Acme Credit Partners, LLC<br>600 Lexington Ave., 14th Floor<br>New York, NY 10022 | | Secured by substantially all present and after-acquired assets, including inventory, equipment, accounts, general intangibles, and intellectual property. | Disputed | $18,898,424.70 | $0.00 | $18,898,424.70 |
| Cedar Advance, LLC<br>5401 Collins Avenue CU-9A<br>Miami Beach, FL 33140 | | Merchant Cash Advance | Contingent<br>Unliquidated<br>Disputed | | | $3,556,929.79 |
| Circana, LLC<br>203 N. Lasalle St.<br>Suite 1500<br>Chicago, IL 60601 | | | | | | $18,316.19 |
| Costco Wholesale<br>PO Box 34622<br>Seattle, WA 98124 | | | | | | $543,957.54 |
| Datasite, LLC<br>PO BOX 74007252<br>Chicago, IL 60674-7252 | | | | | | $5,283.02 |
| Gateway Group, LLC<br>4685 Macarthur Court, Suite 400<br>Newport Beach, CA 92660 | | | | | | $3,700.00 |
| Global Widget<br>8419 Sunstate Street<br>Tampa, FL 33634 | | | | | | $173,130.56 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Google, LLC<br>Dept 33654, PO Box 39000<br>San Francisco, CA 94139 | | | | | | $1,162.26 |
| Instacart<br>PO BOX 103272<br>Pasadena, CA 91189-3272 | | | | | | $1,737.81 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | $113,942.20 | $0.00 | $113,942.20 |
| Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | | Wages | | | | $1,555.76 |
| Multi-Pak Packaging<br>241 B Clinton Road W<br>Caldwell, NJ 07006 | | | | | | $477,491.82 |
| Notified<br>Attn: Digital Media Innovations<br>P.O. Box 74007143<br>Chicago, IL 60674-7173 | | | | | | $6,533.46 |
| Patina Development Group<br>1420 NW Gilman Blvd, #2111<br>Issaquah, WA 98027 | | | | | | $250,149.34 |
| Perpetua Labs, LLC<br>1801 Porter Street, Suite 300<br>Baltimore, MD 21230 | | | | | | $1,500.00 |
| RBSM, LLP<br>805 Third Ave<br>Suite 1430<br>New York, NY 10022 | | | | | | $79,500.00 |
| Sanders Morris<br>600 Travis St. Suite 500<br>Houston, TX 77002 | | | | | | $10,140,936.16 |
| SPS Commerce, Inc<br>P.O. BOX 205782<br>Dallas, TX 75320-5782 | | | | | | $2,309.79 |
| Unishippers<br>PO Box. 733851<br>Dallas, TX 75373 | | | | | | $149,548.89 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp.
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| V Stock Transfer<br>18 Lafayette Place<br>Woodmere, NY<br>11598 | | | | | | $746.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ 2,451,505.31 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ 2,451,505.31 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ 19,012,366.90 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ 1,555.76 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ 15,413,908.65 |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ 34,427,831.31 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | TD Bank - The Synergy Effect | Checking | 4396 | $45.91 |
| 3.2. | TD Bank dba Think Fuel | Checking | 9345 | $33.24 |
| 3.3. | TD Bank - Sneaky Vaunt Corp | Checking | 6015 | $0.00 |
| 3.4. | TD Bank - Neuragen Corp | Checking | 6316 | $61.85 |
| 3.5. | TD Bank - Perfekt Beauty | Checking | 6061 | $53.13 |
| 3.6. | TD Bank - Mane Game | Checking | 9189 | $49.00 |
| 3.7. | TD Bank - Hand MD | Checking | 6007 | $55.35 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | TD Bank | Checking | 4416 | $2,746.68 |
| 3.9. | TD Bank - Focus Factor | Checking | 5992 | $44,741.05 |
| 3.10. | TD Bank - COCO White | Checking | 9270 | $78.91 |
| 3.11. | Banc of California | Checking | 1731 | $56,937.91 |
| 3.12. | Banc of California | Checking | 1852 | $99,794.78 |
| 3.13. | Paypal - TSE | | | $53.24 |
| 3.14. | Paypal - TQP | | TGZ2 | $35.56 |
| 3.15. | Paypal - SV | | VVDE | $6.73 |
| 3.16. | Paypal - HMD | | W7Q6 | $57.98 |
| 3.17. | Paypal - FTT | | YL8U | $4.05 |
| 3.18. | Paypal - FF | | 8ZZE | $534.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $205,290.07
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(If known)*
Name

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | | |
| | 15.1. Synergy CHC Inc. | 100 | % | Liquidation | $1.00 |
| | 15.2. NomadChoice Pty, Ltd. | 100 | % | Liquidation | $1.00 |
| | 15.3. Hand MD Corp. | 100 | % | Liquidation | $1.00 |
| | 15.4. Synergy CHC Mexico | 100 | % | Liquidation | $1.00 |
| | 15.5. Synergy Reorg, LLC | 100 | % | Liquidation | $1.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | | | $5.00 |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (If known)
Name

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Finished goods, packaging materials, raw materials, and work-in-process inventory, as set forth in Exhibit A | | $0.00 | FIFO | $2,240,910.24 |

22. **Other inventory or supplies**

23. **Total of Part 5.** $2,240,910.24

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Laptops and monitors, as set forth in Exhibit B attached hereto. | $5,300.00 | | $5,300.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $5,300.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☒ No
- ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(If known)*
Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Registered trademarks and trademark applications, as set forth in Exhibit C attached hereto. | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>Synergy CHC internet domain name and website ? synergychc.com | $0.00 | | Unknown |
| | Focus Factor internet domain name and website ? focusfactor.com | $0.00 | | Unknown |
| | Flat Tummy internet domain name and website ? flattummyco.com | $0.00 | | Unknown |
| | Hand MD internet domain name and website ? handmd.com | $0.00 | | Unknown |
| | Sneaky Vaunt internet domain name and website ? sneakyvaunt.com | $0.00 | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(If known)*
Name

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| Potential claim against Cedar Advance, LLC arising from pre-petition business dealings<br>**Nature of claim**<br>**Amount requested** $0.00 | Unknown |
| Potential claims against ACP Agency, LLC arising from pre-petition financing and related security agreements.<br>**Nature of claim**<br>**Amount requested** $0.00 | Unknown |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.** $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp.
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $205,290.07 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $5.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,240,910.24 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,300.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,451,505.31 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,451,505.31 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC |
| **Report name:** | Inventory valuation | NUM FU11 |
| **Created on:** | 9/2/26 | 1728 NE Miami Gardens Dr |
| **Location:** | E100--Synergy CHC Corp | Miami, FL 33179 |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FF15-01 | FOCUSFACTOR 60 TABLETS - 15 DAY | Focus Factor - Focus Factor | FIFO | Each | 3.25 | 58.00 | 3.22 | $186.80 |
| FFA150 | FOCUS FACTOR ADLT 150ct | Focus Factor - Focus Factor | FIFO | Each | 5.30 | 116.00 | 5.30 | $614.80 |
| FFA180 | FOCUS FACTOR ADLT 180ct | Focus Factor - Focus Factor | FIFO | Each | 6.10 | 117.00 | 6.10 | $713.70 |
| FFA90 | FOCUS FACTOR ADLT 90 CT 22 DAY | Focus Factor - Focus Factor | FIFO | Each | 4.50 | 26.00 | 4.48 | $116.54 |
| FFADLT150-24-TRAY | FOCUS FACTOR 150CT TRAY | Focus Factor - Focus Factor | FIFO | Each | 127.20 | 13.00 | 127.20 | $1,653.60 |
| FFADLT180-24 | FOCUS FACTOR ADLT 180CT | Focus Factor - Focus Factor | FIFO | Each | 146.40 | 42.00 | 146.40 | $6,148.80 |
| FFADLT60-3PK | FOCUS FACTOR 60CT-3PK | Focus Factor - Focus Factor | FIFO | Each | 78.00 | 41.00 | 78.00 | $3,198.00 |
| FFADLT90-24 | FOCUS FACTOR NEW 90CT CARTON | Focus Factor - Focus Factor | FIFO | Each | 108.00 | 472.00 | 107.87 | $50,915.28 |
| FFAEX120 | FOCUS FACTOR EXTRA STRENGTH 120 | Focus Factor - Focus Factor | FIFO | Each | 5.13 | 113.00 | 5.10 | $576.63 |
| FFBEVDISP | Cardboard Beverage Display | Beverage - Beverage Division | FIFO | Each | 24.60 | 890.00 | 24.60 | $21,894.00 |
| FFBRVS120-24 | FOCUS FACTOR BRAIN & VISION 120CT | Focus Factor - Focus Factor | FIFO | Each | 150.00 | 121.00 | 150.00 | $18,150.00 |
| FFBRVS60-24 | FF BRAIN AND VISION 60CT | Focus Factor - Focus Factor | FIFO | Each | 103.20 | 131.00 | 103.20 | $13,519.20 |
| FFBV120 | FOCUS FACT BRAIN & VISION 120 | Focus Factor - Focus Factor | FIFO | Each | 6.25 | 28.00 | 6.25 | $175.00 |
| FFEXST120-24 | FF ADULT EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 123.12 | 834.00 | 123.12 | $102,682.08 |
| FFEXST60-3PK | FF ADULT EXTRA STRENGTH 60C3PK | Focus Factor - Focus Factor | FIFO | Each | 81.60 | 1,776.00 | 81.59 | $144,904.32 |
| FFFTT2WK-24 | FLAT TUMMY TEA 2 WEEK CLEANSE | Flat Tummy - Flat Tummy | FIFO | Each | 69.60 | 600.00 | 69.60 | $41,760.00 |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC |
| **Report name:** | Inventory valuation | NUM FU11 |
| **Created on:** | 9/2/26 | 1728 NE Miami Gardens Dr |
| **Location:** | E100--Synergy CHC Corp | Miami, FL 33179 |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FFFTT4WK-24 | FLAT TUMMY TEA 4 WEEK CLEANSE | Flat Tummy - Flat Tummy | FIFO | Each | 84.72 | 515.00 | 84.72 | $43,630.80 |
| FFK60 | FF KIDS 60CT | Focus Factor - Focus Factor | FIFO | Each | 2.45 | 1.00 | 2.45 | $2.45 |
| FFKDES120-24 | FF KIDS EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 87.60 | 333.00 | 87.60 | $29,170.80 |
| FFKEX120 | FF KIDS EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 3.65 | 36.00 | 3.65 | $131.40 |
| FFKIDS150-24-TRAY | Focus Factor Kids 150 ct | Focus Factor - Focus Factor | FIFO | Each | 108.00 | 821.00 | 108.00 | $88,668.00 |
| FFKIDS60-24 | FF KIDS MIXED BERRY -PET 24 | Focus Factor - Focus Factor | FIFO | Each | 58.80 | 18.00 | 58.80 | $1,058.40 |
| FFSHOTBERRY | FF SHOT BERRY 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 53.00 | 5.94 | $314.82 |
| FFSHOTBERRY-12-KIT | FF SHOT BERRY - CASE OF 12 | Beverage - Beverage Division | FIFO | Each | | 1,155.00 | 71.28 | $82,328.40 |
| FFSHOTPEAMG | FF SHOT PEACH MANGO 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 57.00 | 5.94 | $338.58 |
| FFSHOTPEAMG-12-KIT | FF SHOT PEACH MANGO - CASE OF 12 | Beverage - Beverage Division | FIFO | Each | | 1,081.00 | 71.28 | $77,053.68 |
| FFSHOTPINE | FF SHOT PINEAPPLE 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 48.00 | 5.94 | $285.12 |
| FFSHOTPINE-12-KIT | FF SHOT PINEAPPLE - CASE OF 12 | Beverage - Beverage Division | FIFO | Each | | 901.00 | 71.28 | $64,223.28 |
| FFSHOTTRPN | FF SHOT TROPICAL PUNCH 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 56.00 | 5.94 | $332.64 |
| FFSHOTTRPN-12-KIT | FF SHOT TROPICAL PUNCH - CASE OF 12 | Beverage - Beverage Division | FIFO | Each | | 947.00 | 71.28 | $67,502.16 |
| FT-WKND-24 | FT WEEKEND CLEANSE TEA | Flat Tummy - Flat Tummy | FIFO | Each | 37.44 | 71.00 | 37.44 | $2,658.24 |
| FT002 | FT TWO WEEK UNIT ACTIVATE PACK | Flat Tummy - Flat Tummy | FIFO | Each | 2.90 | 85.00 | 2.90 | $246.50 |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC |
| **Report name:** | Inventory valuation | NUM FU11 |
| **Created on:** | 9/2/26 | 1728 NE Miami Gardens Dr |
| **Location:** | E100--Synergy CHC Corp | Miami, FL 33179 |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FT004 | FT FOUR WEEK UNIT ACTIVATE PAC | Flat Tummy - Flat Tummy | FIFO | Each | 3.53 | 120.00 | 3.53 | $423.60 |
| FT007C-12 | FT SHAKE WEIGHT MGMT CHOC 12PK | Flat Tummy - Flat Tummy | FIFO | Each | 178.80 | 314.00 | 178.80 | $56,143.20 |
| FT007V-12 | FT SHAKE WEIGHT MGMT VANILLA 12PK | Flat Tummy - Flat Tummy | FIFO | Each | 175.56 | 217.00 | 175.56 | $38,096.52 |
| FTPREWOR-WAT-24 | Flat Tummy Pre-Workout Drink Mix Powder - Watermelon- case of 24 | Flat Tummy - Flat Tummy | FIFO | Each | 150.72 | 48.00 | 150.72 | $7,234.56 |
| FTPREWORK-FRTP-24 | Flat Tummy Pre-Workout Drink Mix Powder - Fruit Punch - case of 24 | Flat Tummy - Flat Tummy | FIFO | Each | 150.72 | 96.00 | 150.72 | $14,469.12 |
| FTSUP-BERB60 | FT SUPPLEMENT - BERBERINE 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.46 | 350.00 | 4.46 | $1,561.00 |
| FTSUP-KETOACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.75 | 21.00 | 4.75 | $99.75 |
| FTSUP-WLCAPS-24 | Flat Tummy Weight Loss Accelerator - case 24 | Flat Tummy - Flat Tummy | FIFO | Each | 166.80 | 375.00 | 166.80 | $62,550.00 |
| FTSUPACV-24 | FTT APPLE CIDER VINEGAR GUMM | Flat Tummy - Flat Tummy | FIFO | Each | 84.72 | 1,465.00 | 84.72 | $124,114.80 |
| FTSUPBERB-24 | FLAT TUMMY BERBERINE - 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 107.04 | 126.00 | 107.04 | $13,487.04 |
| FTSUPKETO ACV-24 | FTT APPLE CIDER VINEGAR GUMM | Flat Tummy - Flat Tummy | FIFO | Each | 114.00 | 244.00 | 114.00 | $27,816.00 |
| FTT-WKND | FT WEEKEND CLEANSE TEA | Flat Tummy - Flat Tummy | FIFO | Each | 1.56 | 24.00 | 1.56 | $37.44 |
| P010535 | Weekend Cleanse Pouch | Flat Tummy - Flat Tummy | FIFO | Each | 0.61 | 3,000.00 | 0.61 | $1,830.00 |
| P010610 | 4 Week Master Pouch | Flat Tummy - Flat Tummy | FIFO | Each | 0.68 | 8,373.00 | 0.68 | $5,651.78 |
| P012066 | 4 Week Cleanse Pouch | Flat Tummy - Flat Tummy | FIFO | Each | 0.46 | 2,000.00 | 0.46 | $925.50 |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC |
| **Report name:** | Inventory valuation | NUM FU11 |
| **Created on:** | 9/2/26 | 1728 NE Miami Gardens Dr |
| **Location:** | E100--Synergy CHC Corp | Miami, FL 33179 |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| RTDBERRYA-12 | RTD BERRY 12 PACK | Beverage - Beverage Division | FIFO | Each | | ######## | 5.37 | $98,149.28 |
| RTDBLUEA-12 | RTD BLUE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | ######## | 5.37 | $84,751.87 |
| RTDFILLUS-12 | RTD FILLING PACKAGING | Beverage - Beverage Division | FIFO | Each | 0.16 | ######## | 0.16 | $8,843.20 |
| RTDORANGEA-12 | RTD ORANGE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | ######## | 5.37 | $142,821.60 |
| RTDPINE-12 | RTD PINEAPPLE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | ###### | 5.68 | $114,426.46 |
| RTDRBSH-12 | RTD RAINBOW SHAVED ICE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | ######## | 5.55 | $75,779.12 |
| RTDVITPREMIX | RTD Vitamin Premix | Beverage - Beverage Division | FIFO | Each | 12.03 | 50.53 | 12.03 | $607.93 |
| SHOTBOTTLE | SHOT BOTTLE | Beverage - Beverage Division | FIFO | Each | 0.18 | 3,768.00 | 0.18 | $663.17 |
| FF15-01 | FOCUSFACTOR 60 TABLETS - 15 DAY | Focus Factor - Focus Factor | FIFO | Each | 3.25 | 48.00 | 3.25 | $156.00 |
| FFA150 | FOCUS FACTOR ADLT 150ct | Focus Factor - Focus Factor | FIFO | Each | 5.30 | 419.00 | 5.30 | $2,220.70 |
| FFA180 | FOCUS FACTOR ADLT 180ct | Focus Factor - Focus Factor | FIFO | Each | 5.75 | 4,121.00 | 5.75 | $23,695.75 |
| FFA90 | FOCUS FACTOR ADLT 90 CT 22 DAY | Focus Factor - Focus Factor | FIFO | Each | 4.50 | 214.00 | 3.95 | $845.52 |
| FFAEX120 | FOCUS FACTOR EXTRA STRENGTH 120 | Focus Factor - Focus Factor | FIFO | Each | 5.13 | 965.00 | 5.13 | $4,950.45 |
| FFBV120 | FOCUS FACT BRAIN & VISION 120 | Focus Factor - Focus Factor | FIFO | Each | 6.25 | 607.00 | 6.25 | $3,793.75 |
| FFBV60 | Focus Factor Adult Brain & Vision 60 ct | Focus Factor - Focus Factor | FIFO | Each | 4.30 | 632.00 | 4.30 | $2,717.60 |
| FFK150 | FOCUS FACTOR KIDS 150CT | Focus Factor - Focus Factor | FIFO | Each | 3.40 | 149.00 | 4.50 | $670.50 |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC<br>NUM FU11<br>1728 NE Miami Gardens Dr<br>Miami, FL 33179 |
| **Report name:** | Inventory valuation | |
| **Created on:** | 9/2/26 | |
| **Location:** | E100--Synergy CHC Corp | |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FFKEX120 | FF KIDS EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 3.50 | 89.00 | 3.50 | $311.50 |
| FFLIONMN60 | FOCUS FACTOR LIONS MANE | Focus Factor - Focus Factor | FIFO | Each | 3.15 | 145.00 | 3.15 | $456.75 |
| FFRTD12BERRYNEW | FF RTD 12 PACK BERRY NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.34 | 37.00 | 10.34 | $382.58 |
| FFRTD12ORANGENEW | FF RTD 12 PACK ORANGE NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.34 | 67.00 | 10.34 | $692.78 |
| FFRTD12ORIGNEW | FF RTD 12 PACK ORIGINAL NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.34 | 24.00 | 10.34 | $248.16 |
| FT002 | FT TWO WEEK UNIT ACTIVATE PACK | Flat Tummy - Flat Tummy | FIFO | Each | 2.90 | 779.00 | 2.90 | $2,259.10 |
| FT004 | FT FOUR WEEK UNIT ACTIVATE PAC | Flat Tummy - Flat Tummy | FIFO | Each | 3.53 | 746.00 | 3.53 | $2,633.38 |
| FT007C | FT SHAKE WEIGHT MGMT CHOC | Flat Tummy - Flat Tummy | FIFO | Each | 14.90 | 1,889.00 | 14.90 | $28,146.10 |
| FT007V | FLAT TUMMY SHAKE VANILLA | Flat Tummy - Flat Tummy | FIFO | Each | 14.63 | 1,548.00 | 14.63 | $22,647.24 |
| FTPREWOR-FRTP | Flat Tummy Pre-Workout Drink Mix Powder - Fruit Punch - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 1,909.00 | 6.28 | $11,988.52 |
| FTPREWOR-WAT | Flat Tummy Pre-Workout Drink Mix Powder - Watermelon - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 1,872.00 | 6.28 | $11,756.16 |
| FTSUP-ACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.10 | 3.00 | 3.53 | $10.59 |
| FTSUP-BERB60 | FT SUPPLEMENT - BERBERINE 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.46 | 213.00 | 4.46 | $949.98 |
| FTSUP-KETOACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.75 | 43.00 | 4.75 | $204.25 |
| FTSUP-WLCAPS | Flat Tummy Weight Loss Accelerator - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.95 | 478.00 | 6.95 | $3,322.10 |
| FTT-WKND | FT WEEKEND CLEANSE TEA | Flat Tummy - Flat Tummy | FIFO | Each | 1.56 | 1.00 | 1.56 | $1.56 |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | MP Fulfillment, LLC |
| **Report name:** | Inventory valuation | NUM FU11 |
| **Created on:** | 9/2/26 | 1728 NE Miami Gardens Dr |
| **Location:** | E100--Synergy CHC Corp | Miami, FL 33179 |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | **$1,870,697.97** |

## Exhibit A - Inventory

| | | | |
|---|---|---|---|
| **Company name:** | Synergy CHC Corp | 24x7 Packaging | |
| **Report name:** | Inventory valuation | 6 Fairchild Square | |
| **Created on:** | 9/2/26 | Clifton Park, NY 12065 | |
| **Location:** | E100--Synergy CHC Corp | | |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| RTDACEK | RTD ACE K | Beverage | FIFO | Each | 6.95 | 56.34 | 6.95 | $391.54 |
| RTDBERFLAV | RTD Mixed Berry Flavor | Beverage | FIFO | Each | 37.86 | 110.00 | 37.86 | $4,164.60 |
| RTDFILL-12 | RTD 12 TRAY FILL | Beverage | FIFO | Each | 0.17 | 33,360.00 | 0.17 | $5,577.79 |
| RTDORIGFLAV | RTD Original Flavor | Beverage | FIFO | Each | 39.78 | 110.00 | 39.78 | $4,375.80 |
| RTDORNGFLAV | RTD Orange Flavor | Beverage | FIFO | Each | 44.38 | 110.00 | 44.38 | $4,881.80 |
| RTDPINEOVER | PINE ALLOCATION | Beverage | FIFO | Each | | -0.86 | 0.00 | $0.00 |
| RTDPINESMFLAV | RTD Pineapple Smoother Flavor | Beverage | FIFO | Each | 37.57 | 7.28 | 37.57 | $273.55 |
| RTDPINEWGFLAV | RTD Pineapple White Gummi Flavor | Beverage | FIFO | Each | 36.62 | 7.28 | 36.62 | $266.64 |
| RTDRBOVER | RB ALLOCATION | Beverage | FIFO | Each | | 1.10 | 0.17 | $0.19 |
| RTDRBSHFLAV | RTD Rainbow Ice Flavor | Beverage | FIFO | Each | 42.46 | 6.73 | 42.46 | $285.62 |
| RTDSUCRALOSE | RTD SUCRALOSE | Beverage | FIFO | Each | 26.00 | 56.34 | 26.00 | $1,464.74 |
| RTDUSCAN-BERRY | RTD CAN US BERRY | Beverage | FIFO | Each | 0.17 | 360,000.00 | 0.17 | $61,459.20 |
| RTDUSCAN-ORANGE | RTD CAN US ORANGE | Beverage | FIFO | Each | 0.17 | 360,000.00 | 0.17 | $61,459.20 |
| RTDUSCAN-ORIG | RTD CAN US ORIGINAL | Beverage | FIFO | Each | 0.17 | 360,000.00 | 0.17 | $61,459.20 |
| RTDUSTRAY-BERRY | RTD TRAY US BERRY | Beverage | FIFO | Each | 0.46 | 31,500.00 | 0.46 | $14,505.12 |
| RTDUSTRAY-ORANGE | RTD TRAY US ORANGE | Beverage | FIFO | Each | 0.46 | 31,500.00 | 0.46 | $14,505.12 |
| RTDUSTRAY-ORIGINAL | RTD TRAY US ORIGINAL | Beverage | FIFO | Each | 0.46 | 31,500.00 | 0.46 | $14,505.12 |
| RTDUSTRAY-PINE | RTD TRAY US PINEAPPLE | Beverage | FIFO | Each | 0.46 | 2,967.00 | 0.46 | $1,366.24 |
| RTDUSTRAY-RBSH | RTD TRAY US RAINBOW ICE | Beverage | FIFO | Each | 0.46 | 2,813.00 | 0.46 | $1,295.33 |
| RTDVITPREMIX | RTD Vitamin Premix | Beverage | FIFO | Each | 12.28 | 5,598.14 | 12.28 | $68,745.11 |
| **Total** | | | | | | | | **$320,981.91** |

**Exhibit A - Inventory**

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | Walmart Fulfillment Services |
| **Report name:** | Inventory valuation | 7 Sorbello Rd |
| **Created on:** | 9/2/26 | Pedrecitown, NJ 08067 |
| **Location:** | E100--Synergy CHC Corp | |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FFAEX120 | FOCUS FACTOR EXTRA STRENGTH 120 | Focus Factor - Focus Factor | FIFO | Each | 4.95 | 263.00 | 4.96 | $1,305.30 |
| FFBV120 | FOCUS FACT BRAIN & VISION 120 | Focus Factor - Focus Factor | FIFO | Each | 6.25 | 124.00 | 6.25 | $775.00 |
| FFK150 | FOCUS FACTOR KIDS 150CT | Focus Factor - Focus Factor | FIFO | Each | 3.85 | 308.00 | 3.85 | $1,185.80 |
| FFK60 | FF KIDS 60CT | Focus Factor - Focus Factor | FIFO | Each | 2.00 | 2.00 | 2.00 | $4.00 |
| FFKEX120 | FF KIDS EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 3.65 | 386.00 | 3.65 | $1,408.90 |
| FFLIONMN60 | FOCUS FACTOR LIONS MANE | Focus Factor - Focus Factor | FIFO | Each | 3.15 | 40.00 | 3.15 | $126.00 |
| FFRTD12BERRYNEW | FF RTD 12 PACK BERRY NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.24 | 86.00 | 10.24 | $880.64 |
| FFRTD12ORANGENEW | FF RTD 12 PACK ORANGE NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.24 | 23.00 | 10.24 | $235.52 |
| FFRTD12ORIGNEW | FF RTD 12 PACK ORIGINAL NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 10.24 | 63.00 | 10.24 | $645.12 |
| FFRTD18NEW | FF RTD 18 PACK NEW CANS | Focus Factor - Focus Factor | FIFO | Each | 12.14 | 7.00 | 12.14 | $84.98 |
| FFSHOTBERRY | FF SHOT BERRY 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 48.00 | 5.94 | $285.12 |
| FFSHOTPEAMG | FF SHOT PEACH MANGO 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 61.00 | 5.94 | $362.34 |
| FFSHOTPINE | FF SHOT PINEAPPLE 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 40.00 | 5.94 | $237.60 |
| FFSHOTTRPN | FF SHOT TROPICAL PUNCH 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 56.00 | 5.94 | $332.64 |
| FT002 | FT TWO WEEK UNIT ACTIVATE PACK | Flat Tummy - Flat Tummy | FIFO | Each | 2.90 | 41.00 | 2.90 | $118.90 |
| FT004 | FT FOUR WEEK UNIT ACTIVATE PAC | Flat Tummy - Flat Tummy | FIFO | Each | 3.53 | 175.00 | 3.53 | $617.75 |
| FT007C | FT SHAKE WEIGHT MGMT CHOC | Flat Tummy - Flat Tummy | FIFO | Each | 14.90 | 35.00 | 14.90 | $521.50 |
| FT007V | FLAT TUMMY SHAKE VANILLA | Flat Tummy - Flat Tummy | FIFO | Each | 14.63 | 39.00 | 14.63 | $570.57 |

## Exhibit A - Inventory

| | | |
|---|---|---|
| **Company name:** | Synergy CHC Corp | Walmart Fulfillment Services |
| **Report name:** | Inventory valuation | 7 Sorbello Rd |
| **Created on:** | 9/2/26 | Pedrecitown, NJ 08067 |
| **Location:** | E100--Synergy CHC Corp | |

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FTPREWOR-FRTP | Flat Tummy Pre-Workout Drink Mix Powder - Fruit Punch - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 221.00 | 6.28 | $1,387.88 |
| FTPREWOR-WAT | Flat Tummy Pre-Workout Drink Mix Powder - Watermelon - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 81.00 | 6.28 | $508.68 |
| FTSUP-ACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.10 | 296.00 | 4.10 | $1,213.60 |
| FTSUP-BERB60 | FT SUPPLEMENT - BERBERINE 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.46 | 34.00 | 4.46 | $151.64 |
| FTSUP-KETOACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.75 | 50.00 | 4.75 | $237.50 |
| FTT-WKND | FT WEEKEND CLEANSE TEA | Flat Tummy - Flat Tummy | FIFO | Each | 1.56 | 75.00 | 1.56 | $117.00 |
| RTDBERRYA-12 | RTD BERRY 12 PACK | Beverage - Beverage Division | FIFO | Each | | 120.00 | 5.37 | $643.85 |
| RTDBLUEA-12 | RTD BLUE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | 169.00 | 5.37 | $906.75 |
| RTDORANGEA-12 | RTD ORANGE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | 155.00 | 5.37 | $831.67 |
| RTDPINE-12 | RTD PINEAPPLE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | 107.00 | 5.68 | $607.65 |
| RTDRBSH-12 | RTD RAINBOW SHAVED ICE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | 142.00 | 5.55 | $788.56 |
| **Total** | | | | | | | | **$17,092.47** |

## Exhibit A - Inventory

**Company name:** Synergy CHC Corp
**Report name:** Inventory valuation
**Created on:** 9/2/26
**Location:** E100--Synergy CHC Corp

TikTok
308 Herrod Blvd
Dayton, NJ 08810

| Item ID | Description | Product line | Costing method | UOM | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|
| FF15-01 | FOCUSFACTOR 60 TABLETS -15 DAY | Focus Factor - Focus Factor | FIFO | Each | 3.25 | 28.00 | 3.08 | $86.24 |
| FFADLT60-3PK | FOCUS FACTOR 60CT-3PK | Focus Factor - Focus Factor | FIFO | Each | 71.04 | 30.00 | 73.28 | $2,198.40 |
| FFAES60 | Focus Factor Adult ES 60 ct | Focus Factor - Focus Factor | FIFO | Each | 3.25 | 335.00 | 3.25 | $1,088.75 |
| FFAEX120 | FOCUS FACTOR EXTRA STRENGTH 120 | Focus Factor - Focus Factor | FIFO | Each | 4.95 | 435.00 | 4.95 | $2,153.25 |
| FFKEX120 | FF KIDS EXTRA STRENGTH 120CT | Focus Factor - Focus Factor | FIFO | Each | 3.65 | 939.00 | 3.65 | $3,427.35 |
| FFSHOTBERRY | FF SHOT BERRY 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 84.00 | 5.94 | $498.96 |
| FFSHOTPEAMG | FF SHOT PEACH MANGO 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 216.00 | 5.94 | $1,283.04 |
| FFSHOTPINE | FF SHOT PINEAPPLE 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 553.00 | 5.94 | $3,284.82 |
| FFSHOTTRPN | FF SHOT TROPICAL PUNCH 12CT SINGLE | Beverage - Beverage Division | FIFO | Each | | 153.00 | 5.94 | $908.82 |
| FT002 | FT TWO WEEK UNIT ACTIVATE PACK | Flat Tummy - Flat Tummy | FIFO | Each | 2.90 | 299.00 | 2.90 | $867.10 |
| FTPREWOR-FRTP | Flat Tummy Pre-Workout Drink Mix Powder - Fruit Punch - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 102.00 | 6.28 | $640.56 |
| FTPREWOR-WAT | Flat Tummy Pre-Workout Drink Mix Powder - Watermelon - single | Flat Tummy - Flat Tummy | FIFO | Each | 6.28 | 14.00 | 6.28 | $87.92 |
| FTSUP-ACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 3.53 | 1,510.00 | 3.53 | $5,330.30 |
| FTSUP-KETOACV60 | FT SUP ACV GUMMIES 60CT | Flat Tummy - Flat Tummy | FIFO | Each | 4.75 | 219.00 | 4.75 | $1,040.25 |
| FTT-WKND | FT WEEKEND CLEANSE TEA | Flat Tummy - Flat Tummy | FIFO | Each | 1.56 | 1,495.00 | 1.56 | $2,332.20 |
| RTDBERRYA-12 | RTD BERRY 12 PACK | Beverage - Beverage Division | FIFO | Each | | 448.00 | 5.37 | $2,403.75 |
| RTDBLUEA-12 | RTD BLUE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | 235.00 | 5.37 | $1,261.36 |
| RTDORANGEA-12 | RTD ORANGE TRAY - 12 | Beverage - Beverage Division | FIFO | Each | | 107.00 | 5.37 | $574.36 |
| RTDPINE-12 | RTD PINEAPPLE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | 1.00 | 5.68 | $5.68 |
| RTDRBSH-12 | RTD RAINBOW SHAVED ICE - 12CT TRAY | Beverage - Beverage Division | FIFO | Each | | 480.00 | 5.55 | $2,664.80 |
| **Total** | | | | | | | | **$32,137.90** |

**Exhibit B - Computer Equipment, Including Laptops and Monitors**

| Item | Type | Serial Number | Current Value |
|---|---|---|---|
| | | | |
| 1 | Laptop | W80086GP7XJ | $200.00 |
| 2 | Laptop | C02V7459G8WN | $200.00 |
| 3 | Laptop | C02V2A9XHTD6 | $200.00 |
| 4 | Laptop | C02TT0ZLHTD9 | $200.00 |
| 5 | Laptop | C02G503ZMD6X | $200.00 |
| 6 | Laptop | C02W6310HTDF | $200.00 |
| 7 | Laptop | C02TM21RHTD6 | $200.00 |
| 8 | Laptop | C02HX750DRVD | $200.00 |
| 9 | Laptop | C02SQ0KDGY6N | $200.00 |
| 10 | Laptop | C02RR0C0FVH9 | $200.00 |
| 11 | Laptop | C02RT33LFVH8 | $200.00 |
| 12 | Laptop | C02R914GFVH8 | $200.00 |
| 13 | Laptop | C02T203MHF1T | $200.00 |
| 14 | Laptop | C02CJ0LAML7K | $200.00 |
| 15 | Laptop | C02VK00MHV2M | $200.00 |
| 16 | Laptop | C02T119MHF1T | $200.00 |
| 17 | Laptop | C02TR52KHV2M | $200.00 |
| 18 | Laptop | C02V92PJH2H | $200.00 |
| 19 | Monitors | 17 Monitors, serial numbers not provide | $1,700.00 |
| **Total** | | | **$5,300.00** |

**Exhibit C - Trademark and Trademark Applications**

| Trademark Name | Jurisdiction | Registration No. | Status | Owner | Class/Goods |
|---|---|---|---|---|---|
| BLACKOTTER | Canada | TMA1101411 | Registered | Synergy CHC Corp. | International Class: 42 |
| BLACKOTTER | United States of America | 6289745 | Registered | Synergy CHC Corp. | International Class: 35, 42 |
| FACTOR NUTRITION | Mexico | 3046477 | Registered | Synergy CHC Corp. | International Class: 05 |
| FACTOR NUTRITION | United States of America | | Suspended | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Yemen, Republic of | 81303 | Registered | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY | Mexico | 2826083 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Mexico | 2826084 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Australia | 1857065 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Austria | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Bahrain | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Canada | TMA1028125 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Egypt | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Finland | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | France | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Int'l Registration - Madrid Pro | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Iran (Islamic Republic of) | | Pending | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Italy | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Kuwait | 160099 | Registered | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY | Lebanon | 181214 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Nigeria | | Published | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Norway | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Oman | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Qatar | 117489 | Registered | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY | Qatar | 117411 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Saudi Arabia | 117229 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | Spain | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Sweden | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Switzerland | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Syria | 1354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | Turkiye | | Pending | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | United Arab Emirates | 279486 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY | United Kingdom | WO0000001354339 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY | United States of America | 5074891 | Registered | Synergy CHC Corp. | International Class: 005 |
| FLAT TUMMY | United States of America | 5142815 | Registered | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY | United States of America | 5596520 | Registered | Synergy CHC Corp. | International Class: 05 |

**Exhibit C – Trademark and Trademark Applications**

| Trademark Name | Jurisdiction | Registration No. | Status | Owner | Class/Goods |
|---|---|---|---|---|---|
| FLAT TUMMY | Yemen, Republic of | 81301 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY TEA | Australia | 1715196 | Registered | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY TEA | Australia | 1768380 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Austria | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | China (People's Republic) | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Denmark | 1302395 | Refused | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Finland | 1302395 | Refused | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | France | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Int'l Registration - Madrid Pro | 1306320 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Int'l Registration - Madrid Pro | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Ireland | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Italy | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Nigeria | | Pending | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY TEA | Nigeria | | Pending | Synergy CHC Corp. | International Class: 30 |
| FLAT TUMMY TEA | Norway | 1302395 | Refused | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Spain | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Sweden | 1302395 | Refused | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | Switzerland | 1302395 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | United Kingdom | 1306320 | Registered | Synergy CHC Corp. | International Class: 05, 30 |
| FLAT TUMMY TEA | United States of America | 5142816 | Registered | Synergy CHC Corp. | International Class: 05 |
| FLAT TUMMY TEA | United States of America | 5142817 | Registered | Synergy CHC Corp. | International Class: 30 |
| FOCUS FACTOR | Australia | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Bahrain | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Canada | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Egypt | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | European Union (Community) | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | India | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Int'l Registration - Madrid Pro | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Israel | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Japan | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Korea, Republic of | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Kuwait | 1680211 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Lebanon | 234492 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Mexico | 2826082 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Nigeria | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Oman | | Pending | Synergy CHC Corp. | International Class: 32 |

**Exhibit C - Trademark and Trademark Applications**

| Trademark Name | Jurisdiction | Registration No. | Status | Owner | Class/Goods |
|---|---|---|---|---|---|
| FOCUS FACTOR | Qatar | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Saudi Arabia | | Published | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Switzerland | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | United Arab Emirates | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | United Kingdom | 1893383 | Registered | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | United States of America | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Yemen, Republic of | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Yemen, Southern | | Pending | Synergy CHC Corp. | International Class: 32 |
| FOCUS FACTOR | Australia | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Bahrain | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Canada | TMA1101412 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Egypt | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | European Union (Community) | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | India | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Int'l Registration - Madrid Pro | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Iran (Islamic Republic of) | | Pending | Synergy CHC Corp. | International Class: 05, 32 |
| FOCUS FACTOR | Israel | 13531781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Japan | | Pending | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Korea, Republic of | | Pending | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Kuwait | 160098 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Lebanon | 181260 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Mexico | 2272869 | To Be Abandoned | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Nigeria | | Pending | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Norway | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Oman | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Qatar | 117410 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Saudi Arabia | 117228 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Switzerland | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Taiwan | 02534205 | Registered | Synergy CHC Corp. | International Class: 05, 32 |
| FOCUS FACTOR | Turkiye | | Published | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | United Arab Emirates | 279483 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | United Kingdom | UK00801351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | United Kingdom | 1351781 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | United States of America | 2414522 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR | Yemen, Republic of | 81298 | Registered | Synergy CHC Corp. | International Class: 05 |
| FOCUS FACTOR BRAIN HUB | United States of America | 6840427 | Registered | Synergy CHC Corp. | International Class: 009 |

Exhibit C – Trademark and Trademark Applications

| Trademark Name | Jurisdiction | Registration No. | Status | Owner | Class/Goods |
|---|---|---|---|---|---|
| NEURAGEN | United States of America | 3777747 | Registered | Synergy CHC Corp., as successor by merger to Neuragen Corp. | International Class: 03 |
| NEURAGEN PN | United States of America | 3423772 | Registered | Synergy CHC Corp., as | International Class: 003 |
| PER-FÉKT | United States of America | | Allowed | Synergy CHC Corp. | International Class: 03 |
| PER-FÉKT BEAUTY | United States of America | | Allowed | Synergy CHC Corp. | International Class: 03 |
| RIDICULOUSLY FAST RELIEF | European Union (Community) | 010627099 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 16, 35 |
| RIDICULOUSLY FAST RELIEF | United Kingdom | UK00910627099 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 15, 35 |
| SNEAKY VAUNT | United States of America | 7552593 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | Brazil | | Pending | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | Canada | TMA1028071 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | China (People's Republic) | 1335034 | Refused | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | European Union (Community) | 1335034 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | India | 1335034 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | Int'l Registration - Madrid Pro | 1335034 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | Nigeria | | Pending | Synergy CHC Corp. | International Class: 25 |
| SNEAKY VAUNT | Nigeria | | Pending | Synergy CHC Corp. | International Class: 35 |
| SNEAKY VAUNT | Switzerland | 1335034 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | United Kingdom | UK00801335034 | Registered | Synergy CHC Corp. | International Class: 25 |
| SNEAKY VAUNT | United Kingdom | WO0000001335034 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SNEAKY VAUNT | United States of America | 5572253 | Registered | Synergy CHC Corp. | International Class: 25, 35 |
| SYNERGY A CONSUMER HEALTHCARE COMPANY | Canada | TMA1046985 | Registered | Synergy CHC Corp. | International Class: 00 |
| SYNERGY A CONSUMER HEALTHCARE COMPANY | United States of America | 6463755 | Registered | Synergy CHC Corp. | International Class: 05 |
| SYNERGY EFFECT | Canada | TMA1046990 | Registered | Synergy CHC Corp. | International Class: 3, 5 |
| SYNERGY EFFECT | Canada | TMA1046986 | Registered | Synergy CHC Corp. | International Class: 00 |
| THE SYNERGY EFFECT | Canada | TMA1046991 | Registered | Synergy CHC Corp. | International Class: 00 |
| THE SYNERGY EFFECT | Canada | TMA1047043 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Canada | TMA1023459 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | United States of America | 5365149 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Australia | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |

| Trademark Name | Jurisdiction | Registration No. | Status | Owner | Class/Goods |
|---|---|---|---|---|---|
| THE SYNERGY EFFECT | Bahrain | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | India | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Int'l Registration - Madrid Pro | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Lebanon | 181671 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Nigeria | | Published | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Oman | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Qatar | 117412 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Saudi Arabia | 117224 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Syria | 1377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | United Arab Emirates | 279482 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | United Kingdom | WO0000001377589 | Registered | Synergy CHC Corp. | International Class: 35 |
| THE SYNERGY EFFECT | Yemen, Republic of | 81300 | Registered | Synergy CHC Corp. | International Class: 35 |
| URGENTRX | United States of America | | Allowed | Synergy CHC Corp. | International Class: 05 |
| UrgentRX | Australia | 1133555 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 05, 16, 35 |
| UrgentRX | Canada | TMA926000 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 01 |
| UrgentRX | Canada | TMA906488 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 01 |
| UrgentRX | China (People's Republic) | 1133555 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 05, 16, 35 |
| UrgentRX | European Union (Community) | 010627248 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 05, 16, 35 |
| UrgentRX | Int'l Registration - Madrid Pro | 1133555 | Registered | Synergy CHC Corp. | International Class: 05, 16, 35 |
| UrgentRX | United Kingdom | UK00910627248 | Registered | Synergy CHC Corp., as successor by merger to Breakthrough Products, Inc. | International Class: 05, 16 |
| WHY LOOK GOOD WHEN YOU CAN LOOK PER-FÉKT | United States of America | 3436683 | Registered | Synergy CHC Corp. | International Class: 003 |

**Fill in this information to identify the case:**

Debtor name Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** ACP Agency, LLC

Creditor's Name

c/o Acme Credit Partners, LLC
600 Lexington Ave., 14th Floor
New York, NY 10022

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2025-05

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured by substantially all present and after-acquired assets, including inventory, equipment, accounts, general intangibles, and intellectual property.

**Describe the lien**
Term Loan Credit Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $18,898,424.70 | Column B: $0.00

**2.2** Internal Revenue Service

Creditor's Name

PO Box 7346
Philadelphia, PA 19101-7346

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9440

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Federal Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: $113,942.20 | Column B: $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)
Name

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $19,012,366.90

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | California Dept. of Tax and Fees AD<br>PO Box 942879<br>Sacramento, CA 94279-7072 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | City of Westbrook<br>2 York St.<br>Westbrook, ME 04092 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)
Name

2.4 Priority creditor's name and mailing address
Employment Development Department
PO Box 826215
Sacramento, CA 94230-6215

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.5 Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.6 Priority creditor's name and mailing address
Jaime Fickett
3 Kimball Drive
Standish, ME 04084

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,555.76 $0.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.7 Priority creditor's name and mailing address
Louisiana Dept. of Revenue
617 North Third Street
Baton Rouge, LA 70802

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

2.8 Priority creditor's name and mailing address
Massachusetts Dept. of Revenue
PO Box 7089
Boston, MA 02241-6423

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>Nevada Department of Taxation<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.11 | Priority creditor's name and mailing address<br>State of Florida<br>5050 W Tennessee St.<br>Tallahassee, FL 32399 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>State of Indiana<br>PO Box 7218<br>Indianapolis, IN 46207 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>State of Maine<br>51 Commerce Drive<br>Augusta, ME 04330 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>State of New Hampshire<br>PO Box 9502<br>Manchester, NH 03108 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.15 | Priority creditor's name and mailing address<br>State of New Jersey<br>PO Box 252<br>Trenton, NJ 08625 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>State of New York<br>PO Box 4127<br>Binghamton, NY 13902 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>State of Pennsylvania<br>2 Revenue Place<br>Harrisburg, PA 17129 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>State of Texas<br>111 East 17th Street<br>Austin, TX 78774 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)
Name

**2.19** Priority creditor's name and mailing address
Washington State Dept. of Revenue
6500 Linderson Way SW
Olympia, WA 98501

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Anthem Blue Cross and Blue Shield
PO Box 11792
Newark, NJ 07101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance

**Last 4 digits of account number** 7101

Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Cedar Advance, LLC
5401 Collins Avenue CU-9A
Miami Beach, FL 33140

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$3,556,929.79

**Date(s) debt was incurred** 2026-03

**Basis for the claim:** Merchant Cash Advance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Circana, LLC
203 N. Lasalle St.
Suite 1500
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,316.19

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Costco Wholesale
PO Box 34622
Seattle, WA 98124

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$543,957.54

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Datasite, LLC
PO BOX 74007252
Chicago, IL 60674-7252

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,283.02

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Dicentral
P.O. Box 200453
Dallas, TX 75320-0453

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.02

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known) ____
Name

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>EG America, LLC<br>165 Flanders Rd<br>Westborough, MA 01581-1032<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $198.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Gateway Group, LLC<br>4685 Macarthur Court, Suite 400<br>Newport Beach, CA 92660<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,700.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Global Widget<br>8419 Sunstate Street<br>Tampa, FL 33634<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $173,130.56 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Google, LLC<br>Dept 33654, PO Box 39000<br>San Francisco, CA 94139<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,162.26 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>GWI<br>PO Box 23262<br>New York, NY 10087<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Hanover Insurance Group<br>PO Box 580045<br>Charlotte, NC 28258<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Instacart<br>PO BOX 103272<br>Pasadena, CA 91189-3272<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,737.81 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Multi-Pak Packaging<br>241 B Clinton Road W<br>Caldwell, NJ 07006<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $477,491.82 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)
Name

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Notified<br>Attn: Digital Media Innovations<br>P.O. Box 74007143<br>Chicago, IL 60674-7173<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,533.46 |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Patina Development Group<br>1420 NW Gilman Blvd, #2111<br>Issaquah, WA 98027<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $250,149.34 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Perpetua Labs, LLC<br>1801 Porter Street, Suite 300<br>Baltimore, MD 21230<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,500.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>RBSM, LLP<br>805 Third Ave<br>Suite 1430<br>New York, NY 10022<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $79,500.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Sanders Morris<br>600 Travis St. Suite 500<br>Houston, TX 77002<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,140,936.16 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Scott Insurance<br>PO Box 603438<br>Charlotte, NC 28260<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>SPS Commerce, Inc<br>P.O. BOX 205782<br>Dallas, TX 75320-5782<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,309.79 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Tailored Bottling Solutions<br>500 Cummings Center, Suite 6050<br>Beverly, MA 01915<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $638.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known) ______
Name

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Unishippers<br>PO Box. 733851<br>Dallas, TX 75373<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $149,548.89 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>V Stock Transfer<br>18 Lafayette Place<br>Woodmere, NY 11598<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $746.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,555.76 |
| **5b. Total claims from Part 2** | 5b. + | $ 15,413,908.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 15,415,464.41 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Storage Unit | |
| | State the term remaining | | North Sebago Storage<br>1153 Sebago Rd<br>Sebago, ME 04029 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Assignment of accounts receivable for purposes of collection, with obligation of counterparty to remit 80% of collected funds back to assignor | |
| | State the term remaining | | Synergy Reorg, LLC<br>20 F Street NW<br>7th Floor<br>Washington, DC 20001 |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Hand MD Corp. | 770 Roosevelt Trail<br>Suite 8, #1016<br>Windham, ME 04062 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | NomadChoice Pty, Ltd. | PO Box 22<br>Sebago, ME 04029 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | Synergy CHC Inc. | 3175 Highway 2<br>Fall River, NS B2T 1J5 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.4 | Synergy Reorg, LLC | 20 F Street NW<br>7th Floor<br>Washington, DC 20001 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Corp.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $8,795,057.84 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $31,420,268.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $30,813,733.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From 01/01/2026 to Filing Date | | $0.00 |
| **For prior year:**<br>From 01/01/2025 to 12/31/2025 | Interest income, foreign exchange gain, and gain on settlement of loan | $2,177,317.00 |
| **For year before that:**<br>From 01/01/2024 to 12/31/2024 | Interest income, insurance recovery, Employee Retention Credit, and reversal of advertising overaccrual. | $857,381.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | APA Agency, LLC<br>600 Lexington Ave, 14th Floor<br>New York, NY 10022 | 07/01/26,<br>06/29/26,<br>06/01/26 | $458,168.86 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | AFCO<br>PO Box 660448<br>Dallas, TX 75266-0448 | 08/13/26,<br>07/07/26 | $16,243.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. | Anthem Blue Cross and Blue Shield<br>PO Box 11792<br>Newark, NJ 07101 | 08/13/26,<br>07/14/26,<br>06/17/26,<br>06/01/26 | $19,225.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Circana, LLC<br>203 N. Lasalle St<br>Suite 1500<br>Chicago, IL 60601 | 06/03/26,<br>06/01/26 | $36,632.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Datasite, LLC<br>PO Box 74007252<br>Chicago, IL 60674-7252 | 07/14/26,<br>06/08/26,<br>06/01/26 | $15,705.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | ECRM | 06/11/26 | $15,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Edgar Agents, LLC<br>PO Box 246<br>Hightstown, NJ 08520 | 07/02/26,<br>06/11/26,<br>06/01/26 | $15,136.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | Feldkamp Marketing | 07/06/26 | $14,457.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | Foodmaster Logistics<br>601 S Osprey Ave.<br>Sarasota, FL 34236 | Various Dates | $26,356.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. | Kenek Brands, Inc.<br>3175 Highway 2<br>Fall River, NS B2T 1J5 | 07/02/26,<br>07/06/26 | $370,966.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.11. | Klaviyo Inc. | 06/18/26 | $10,620.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | Mizner Country Club | 07/13/26 | $9,401.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | MP Fulfillment, LLC<br>1728 NE Miami Gardens Dr<br>Miami, FL 33179 | 08/12/26,<br>08/03/26,<br>06/17/26,<br>06/01/26 | $126,067.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | Multi-Pak Packaging<br>241 B Clinton Road<br>Caldwell, NJ 07006 | Various Dates | $243,178.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | Nelson Mullins | 06/01/26 | $16,587.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | RBSM, LLP<br>805 Third Avenue<br>Suite 1430<br>New York, NY 10022 | 06/08/26,<br>06/01/26 | $70,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. | Square 1 Bank | Various Dates | $242,960.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.18. | Trent Macdonald<br>c/o The VerStandig Law Firm<br>9812 Falls Road #114-180<br>Potomac, MD 20854 | Various Dates | $90,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.19. | VStock Transfer<br>18 Lafayette Place<br>Woodmere, NY 11598 | 07/07/26,<br>06/11/26 | $14,596.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Kenek Brands<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>Affiliate - Entity wholly owned by Jack Ross | 09/08/2025 to 05/27/2026 | $1,637,169.02 | Payment of management and consulting fees, reimbursement of vehicle, insurance, and other business expenses, and repayment of advances |
| 4.2. | Gowan Properties Inc.<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>Affiliate - Entity wholly owned by Jack Ross | 09/24/25 to 06/01/26 | $60,000.00 | Rent |
| 4.3. | Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084<br>CFO | 1/29/26,<br>02/03/26 | $115,000.00 | Repayment of insider loan principal and interest |
| 4.4. | Nitin Kaushal<br>48 Frybrook Cres.<br>Richmond Hill, ON L4B 4B9<br>Director | 11/20/25,<br>04/15/26 | $93,750.00 | Director Fees |
| 4.5. | Alfred Baumeler<br>2257 Ridgewood Ct<br>West Palm Beach, FL 33411<br>President and Director | 09/10/25 to 07/23/26 | $55,458.67 | Expense Reimbursement |
| 4.6. | Paul SoRelle<br>PO Box 336430<br>Greeley, CO 80633<br>Director | 11/20/25,<br>04/15/26 | $31,250.00 | Director Fee |
| 4.7. | Theresa Thompson<br>19824 SE Wax Road<br>Maple Valley, WA 98038<br>Director | 11/20/25,<br>02/26/26,<br>04/15/26 | $13,167.81 | Director Fees |

5. **Repossessions, foreclosures, and returns**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| APA Agency, LLC<br>c/o Acme Credit Partners, LLC<br>600 Lexington Ave., 14th Floor<br><br>New York, NY 10022 | Executed a Deposit Account Control Agreement governing the Debtor?s Banc of California checking account.<br>Last 4 digits of account number: 1852 | | $0.00 |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Melanoma Network<br>466 Speers Rd #207<br>Oakville, ON L6K 3W9 | Donation | 04/30/25 | $761.23 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | Friends of Alyssa Burnett<br>Center Guild<br>190 West Dayton St<br>Suite 104<br>Edmonds, WA 98020 | Costco Gold Tournament Sponsorship | 06/30/25 | $25,000.00 |
| | **Recipients relationship to debtor** | | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | Friends of Alyssa Burnett<br>Center Guild<br>190 West Dayton St<br>Suite 104<br>Edmonds, WA 98020 | Costco Golf Tournament | 06/30/25 | $16,950.01 |
| | **Recipients relationship to debtor** | | | |
| 9.4. | Dying with Dignity<br>PO Box 48005 RPO Davisville<br>Toronto, ON M4S 3C6 | Donation | 08/31/25 | $375.81 |
| | **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The VerStandig Law Firm<br>9812 Falls Road #114-180?<br><br>Potomac, MD 20854 | Retainer | 08/19/26 | $25,000.00 |
| | **Email or website address**<br>https://verstandiglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Eisner Advisory Group LLC<br>One Logan Square<br>130 North 18th Street, Suite 3000<br>Philadelphia, PA 19103 | Retainer | 08/26/26 | $25,000.00 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Synergy Reorg, LLC<br>20 F Street NW, 7 Floor<br>Washington, DC 20001 | Accounts Receivable | | $204,267.06 |

**Relationship to debtor**
Affiliate

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 865 Spring Street<br>Westbrook, ME 04092 | |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| North Sebago Storage<br>1153 Sebago Rd<br>Sebago, ME 04029 | Jamie Fickett, 3 Kimball Drive, Standish, ME 04084 | Old records and equipment | ☐ No<br>☒ Yes |
| MP Fulfillment, LLC<br>NUM FU11<br>1729 NE Miami Gardens Dr<br>Miami, FL 33179 | Employees of MP Fulfillment, LLC | Inventory | ☐ No<br>☒ Yes |
| 24X7 Packaging<br>6 Fairchild Square<br>Clifton Park, NY 12065 | Employees of 24X7 Packaging | Inventory | ☐ No<br>☒ Yes |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Walmart Fulfillment Services<br>7 Sorbello Rd<br>Pedricktown, NJ 08067 | Employees of Walmart Fulfillment Services | Inventory | ☐ No<br>☒ Yes |
| Tiktok<br>308 Herrod Blvd.<br>Dayton, NJ 08810 | Employees of TikTok | Inventory | ☐ No<br>☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | Nomad Choice Pty. Limited<br>PO Box 22<br>Sebago, ME 04029 | Distribution Service | **EIN:** N/A<br>**From-To** |
| 25.2. | Synergy CHC. Inc.<br>3175 Highway 2<br>Fall River, NS B2T 1J5 | Distribution Service | **EIN:** N/A<br>**From-To** 03/01/16 to Present |
| 25.3. | Synergy CHC Mexico<br>4650 Piso 5<br>Zapopan Jalisco, 45116<br>Mexico | Distribution | **EIN:** N/A<br>**From-To** 05/02/25 to Present |
| 25.4. | Hand MD Corp<br>PO Box 22<br>Sebago, ME 04029 | Distribution | **EIN:** 47-4803041<br>**From-To** |
| 25.5. | Synergy Reorg, LLC<br>20 F Street NW, 7 Floor<br>Washington, DC 20001 | To engage in any lawful business purpose | **EIN:** 42-4813580<br>**From-To** 2026-08 through present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | RBSM, LLC<br>805 3rd Ave #1430<br>New York, NY 10022 | |
| 26a.2. | Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | RBSM, LLP<br>805 3rd Ave #1430<br>New York, NY 10022 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number (if known)

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. ACP Agency, LLC<br>600 Lexington Ave., 14th Floor<br>New York, NY 10022 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack Ross | 3175 Highway #2<br>Fall River, NS B2T 1J5 | Chief Executive Officer and Chairman | 23.16 |
| Jaime Fickett | 3 Kimball Drive<br>Standish, ME 04084 | CFO | |
| Alfred Baumeier | 2257 Ridgewood Ct.<br>West Palm Beach, FL 33411 | President | |
| Nitin Kaushal | 48 Frybrook Cres.<br>Richmond Hill, ON L4B 4B9 | Director | |
| J. Paul SoRelle | PO Box 336430<br>Greeley, CO 80633 | Director | |
| Theresa Thompson | 19824 SE Wax Rd<br><br>Maple Valley, WA 98038 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Woodburn | 1237 Winslow Ln<br>Newport Beach, CA 92660 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gowan Properties<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Affiliate - Entity owned by Jack Ross | $60,000 | 09/24/25 through 07/21/26 | Rent |
| 30.2. | Kenek Brands<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Affiliate? Entity owned by Jack Ross, CEO and chairman. | $1,637,169.00 | 09/08/25 through 07/21/26 | Management and consulting fees, bonus, allowances, reimbursements, and loan repayments. |
| 30.3. | Paul SoRelle<br>PO Box 336430<br>Greeley, CO 80633<br>**Relationship to debtor**<br>Director | $31,250.00 | 11/20/25, 04/15/26 | Director Fees |
| 30.4. | Nitin Kaushal<br>48 Frybrook Cres<br>Richmond Hill, ON L4B 4B9<br>**Relationship to debtor**<br>Director | $93,750.00 | 11/20/25, 04/15/26 | Director Fees |
| 30.5. | Teresa Thompson<br>19824 SE Wax Rd.<br>Maple Valley, WA 98038<br>**Relationship to debtor**<br>Director | $13,167.81 | 11/20/25, 02/26/26, 04/15/26 | Director Fees |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Corp. Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | Alfred Baumeler<br>2257 Ridgewood Ct.<br>West Palm Beach, FL 33411 | $315,870.34 | 09/04/25 through 09/04/26 | Expense Reimbursement and regular compensation |
| | **Relationship to debtor**<br>President | | | |
| 30.7. | Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | $567,451.39 | 09/04/25 through 09/04/26 | Loan principal and interest, and regular compensation |
| | **Relationship to debtor**<br>CFO | | | |
| 30.8. | Trent MacDonald<br>c/o The VerStandig Law Firm<br>9812 Falls Road #114-180<br>Potomac, MD 20854 | $150,000.00 | Various | Consulting Fee |
| | **Relationship to debtor**<br>Consultant | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026

/s/ Lauren Berret
Signature of individual signing on behalf of the debtor

Lauren Berret
Printed name

Position or relationship to debtor Authorized Agent

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Columbia

In re Synergy CHC Corp. Debtor(s)

Case No. ______

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Certified Shareholders | Common Stock | 20,711,110 | Common Equity Interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date September 4, 2026

Signature /s/ Lauren Berret
Lauren Berret

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br>Synergy CHC Corp.,<br><br>Debtor(s) | **Case No.**<br><br>**Chapter** 11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | |
| Filing Fees | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

For legal services, I have agreed to accept and received a retainer of $25,000.00.

The undersigned shall bill against the retainer at an hourly rate of $600.00

2. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4 ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
e. [Other provisions as needed]
Representation of the debtor in all facets of this chapter 11 case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtor in any matter outside of this Honorable Court.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**CERTIFICATION**

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: September 4, 2026

/s/ Maurice Verstandig
Signature of attorney
Maurice Verstandig
Name, Bar Number
The VerStandig Law Firm
Firm
9812 Falls Road
#114-160
Potomac, MD 20854
Address

Telephone
mac@mbvesq.com
Email Address



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ACP Agency, LLC
c/o Acme Credit Partners, LLC
600 Lexington Ave., 14th Floor
New York, NY 10022

Ahold USA, Inc.
3213 Paysphere Circle
Chicago, IL 60674

Alabev/Birmingham Beverage
211 Citation Court
Birmingham, AL 35209

Albertson's LLC
PO Box 29093
Phoenix, AZ 85038

Amazon.com
PO Box 80387
Seattle, WA 98108-0387

Anthem Blue Cross and Blue Shield
PO Box 11792
Newark, NJ 07101

Atlantic Beverage Distributors
350 Hopping Brook Rd
Holliston, MA 01746

Avalara
Dept. CH 16781
Palatine, IL 60055

BJ's Wholesale Club, Inc.
PO Box 9158
Marlborough, MA 01752

C&S Wholesale Grocers
47 Old Ferry Road
Brattleboro, VT 05302

California Dept. of Tax and Fees AD
PO Box 942879
Sacramento, CA 94279-7072

Cardinal Health
PO Box 182516
Columbus, OH 43218-2516

Cedar Advance, LLC
5401 Collins Avenue CU-9A
Miami Beach, FL 33140

Central Distributors DBA C&M Sales
2800 Vance St.
Little Rock, AR 72206

Chief Media, LLC
368 9th Ave.
New York, NY 10001

Circana, LLC
203 N. Lasalle St.
Suite 1500
Chicago, IL 60601

City of Westbrook
2 York St.
Westbrook, ME 04092

Coastal Pacific Food Distributors
PO Box 12809
Norfolk, VA 23541

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21411

Core-mark International
1144 Broadway Road
Sanford, NC 27332-9793

Core-Mark US, LLC
1500 Solana Blvd
Suite 3400
Westlake , TX 76262

Costco Wholesale
PO Box 34622
Seattle, WA 98124

Crane Worldwide Logistics, LLC

CVS Pharmacy
1 CVS Drive
Woonsocket, RI 02895

Datasite, LLC
PO BOX 74007252
Chicago, IL 60674-7252

Davidson Specialty Foods
PO Box 620
Brattleboro, VT 05302

Delhaize America
PO Box 519
Salisbury, NC 28145

Dicentral
P.O. Box 200453
Dallas, TX 75320-0453

EG America, LLC
165 Flanders Rd
Westborough, MA 01581-1032

EG America, LLC
165 Flanders Rd
Westborough, MA 01581

Employment Development Department
PO Box 826215
Sacramento, CA 94230-6215

Gabriel Brothers, Inc.
55 Scott Avenue
Morgantown, WV 26508

Gateway Group, LLC
4685 Macarthur Court, Suite 400
Newport Beach, CA 92660

Global Widget
8419 Sunstate Street
Tampa, FL 33634

Google, LLC
Dept 33654, PO Box 39000
San Francisco, CA 94139

Grocery Supply Company
130 Hillcrest Drive
Sulphur Springs, TX 75482

GWI
PO Box 23262
New York, NY 10087

H-E-B
380 Wonder World Drive
San Marcos, TX 78666

Hand MD Corp.
770 Roosevelt Trail
Suite 8, #1016
Windham, ME 04062

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258

HBC Service Company
700 Cranberry Woods Dr.
Cranberry Township, PA 16066

Health Food Distributors
1893 Northwood Drive
Troy, MI 48084

HY-VEE
5820 Westown Parkway
West Des Moines, IA 50266

IHerb
17400 Laguna Canyon Rd
Suite 400
Irvine, CA 92618

Imperial Distributions, LLC
850 Northlake Dr.
Suite 100
Coppell, TX 75019

Imperial Distributors Inc.
150 Blackstone River Rd
Worcester, MA 01607

Indian Nation Wholesale Company
PO Box 70
Durant, OK 74702

Instacart
PO BOX 103272
Pasadena, CA 91189-3272

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jaime Fickett
3 Kimball Drive
Standish, ME 04084

KEHE Dist.
c/o KEHE Accounts Payable
PO Box 24830
Jacksonville, FL 32241

Kroger
PO Box 305103
Nashville, TN 37230-5103

Louisiana Dept. of Revenue
617 North Third Street
Baton Rouge, LA 70802

Mackoul Distributors, Inc.
13350 International Parkway
Suite 105
Jacksonville, FL 32218

Mancini Beverage
1202 Jefferson Blvd
Warwick, RI 02886

Massachusetts Dept. of Revenue
PO Box 7089
Boston, MA 02241-6423

Mckesson Corporation
PO Box 4017
Danville, IL 61834-4017

Meijer
PO Box X
Grand Rapids, MI 49501-9424

Mid-State Beverage Co.
1805 East Third St
Williamsport, PA 17701

Multi-Pak Packaging
241 B Clinton Road W
Caldwell, NJ 07006

NASDAQ
151 W. 42nd Street
New York, NY 10036

Nevada Department of Taxation
700 E. Warm Springs Rd. Ste 200
Las Vegas, NV 89119

NomadChoice Pty, Ltd.
PO Box 22
Sebago, ME 04029

North Carolina Mutual
PO Box 411
816 Ellis Road
Durham, NC 27703

North Sebago Storage
1153 Sebago Rd
Sebago, ME 04029

Notified
Attn: Digital Media Innovations
P.O. Box 74007143
Chicago, IL 60674-7173

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

Patina Development Group
1420 NW Gilman Blvd, #2111
Issaquah, WA 98027

Perpetua Labs, LLC
1801 Porter Street, Suite 300
Baltimore, MD 21230

Pine State Beverage
100 Enterprise Ave.
Gardiner, ME 04345

Publix Super Markets, Inc.
PO Box
320
Lakeland, FL 33802

Ravi's Import Warehouse
PO Box 29102
Dallas, TX 75229

RBSM, LLP
805 Third Ave
Suite 1430
New York, NY 10022

Riega Snacks, Inc.
6601 Lyons Rd
Suite H-9
Coconut Creek, FL 33073

Sanders Morris
600 Travis St. Suite 500
Houston, TX 77002

Scott Insurance
PO Box 603438
Charlotte, NC 28260

Select Nutrition
c/o UNFI Accounts Payable
313 Iron Horse Way
Providence, RI 02908

SPARTANNASH
1133 Kindwood Ave
Norfolk, VA 23502

SPS Commerce, Inc
P.O. BOX 205782
Dallas, TX 75320-5782

State of Florida
5050 W Tennessee St.
Tallahassee, FL 32399

State of Indiana
PO Box 7218
Indianapolis, IN 46207

State of Maine
51 Commerce Drive
Augusta, ME 04330

State of New Hampshire
PO Box 9502
Manchester, NH 03108

State of New Jersey
PO Box 252
Trenton, NJ 08625

State of New York
PO Box 4127
Binghamton, NY 13902

State of Pennsylvania
2 Revenue Place
Harrisburg, PA 17129

State of Texas
111 East 17th Street
Austin, TX 78774

SymQuest
4 Thomas Drive
Suite 1
Westbrook, ME 04092

Synergy CHC Inc.
3175 Highway 2
Fall River, NS B2T 1J5

Synergy Reorg, LLC
20 F Street NW
7th Floor
Washington, DC 20001

Tailored Bottling Solutions
500 Cummings Center, Suite 6050
Beverly, MA 01915

Target.com
TNC 3110
PO Box 9493
Minneapolis, MN 55440-9493

Tenace Incubation
970 E Orangethorpe Ave
Anaheim, CA 92801

The M.A. Patterson Company
840 Mustang Dr.
Grapevine, TX 76051

The Vitamin Shoppe
2101 91ST Street
North Bergen, NJ 07047

UL Verification Services
62045 Collections Center Drive
Chicago, IL 60693-0620

Unishippers
PO Box. 733851
Dallas, TX 75373

V Stock Transfer
18 Lafayette Place
Woodmere, NY 11598

Value Drug Company
195 Theater Drive
Duncansville, PA 16635

Wakefern Food Corporation
5000 Riverside Dr.
Keasbey, NJ 08832

WAL-MART STORES
702 SW 8th St.
Bentonville, AR 72716

Walgreens Company
PO Box 4057
Danville, IL 61834

Washington State Dept. of Revenue
6500 Linderson Way SW
Olympia, WA 98501

# United States Bankruptcy Court
## District of Columbia

In re Synergy CHC Corp. — Debtor(s)

Case No. ______

Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Synergy CHC Corp. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 4, 2026
Date

/s/ Maurice Verstandig
Maurice Verstandig
Signature of Attorney or Litigant
Counsel for Synergy CHC Corp.

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
mac@mbvesq.com