**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Synergy CHC Corp.,** | **Case No. 26-00465-ELG** |
| **Debtor.** | **Chapter 11** |

**NOTICE OF APPEARANCE**

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Kristen S. Eustis, Trial Attorney, on behalf of Matthew W. Cheney, the Acting United States Trustee, Region 4.

Dated: September 4, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, DC Fed. Bar # MD28984
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 934-4173
kristen.s.eustis@usdoj.gov