**ACP Agency, LLC**
**c/o Acme Credit Partners, LLC**
**600 Lexington Ave, 14th Floor**
**New York, New York 10022**

**SENT BY FEDEX AND E-MAIL**

August 26, 2026

Walgreens Company
P.O Box 4025
Danville, IL 61834
Attn: Accounts Payable

Re: Notice of Payment to Secured Party (the "**Notice**")

Dear To whom it may concern:

We are writing in reference to the accounts payable owed by you (the "**Accounts**") to the SYNERGY CHC Corp – FACTOR NUTRITION LABS LLC, (the "**Company**"). This letter notifies you that the Company has granted a security interest in the Accounts to ACP Agency, LLC (the "**Secured Party**"), and all the Company's rights to receive payment of all amounts due or to become due by you to the Company, pursuant to a Pledge and Security Agreement, dated as of May 30, 2025, made by the Company and the other grantors party thereto in favor of the Secured Party (as amended, restated, modified or supplemented from time to time, the "**Security Agreement**"). The Company is in default under the Security Agreement. Payments made to the Company shall not discharge any amounts due or to become due, amounts owed on the Accounts must be paid to the Secured Party. This Notice is effective until further notice to you.

Customer is notified that payments should no longer be remitted to Synergy's existing bank accounts at Banc of California, account [redacted], or Royal Bank, account [redacted]. You must make all future payments on the Accounts to the Secured Party by wire transfer in accordance with the following wire instructions:

| | |
|---|---|
| Bank Name: | Citizens Bank |
| ABA Number: | [redacted] |
| Account Name: | Acme Credit Partners Fund I, LP |
| Account Number: | [redacted] |
| Reference: | Synergy CHC Corp. Invoice Number [ ] |

Or by cashier's check to the order of ACP Agency, LLC , to be couriered as follows:

ACP Agency, LLC
c/o Acme Credit Partners, LLC
600 Lexington Ave, 14th Floor
New York, New York 10022
Attention: Peter Eschmann

Please contact Peter Eschmann at peschmann@acmecreditpartners.com if you have any questions concerning the assignment or the payment instructions set out in this letter.

[*The remainder of this page is intentionally left blank.*]

Very truly yours,

**ACP AGENCY, LLC**, as Administrative and Collateral Agent

By: ______________________________

Name: Peter Eschmann
Title: Authorized Person

cc:

Synergy CHC Corp.
P.O. Box 22
Sebago, ME 04029
Attention: Jack Ross
Email: jack@synergychc.com

Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Attention: James W. Bartling, Esq.
Telephone: (617) 217-4692
Email: jim.bartling@nelsonmullins.com