| Party | Counsel | E-mail | Mailing Address |
|---|---|---|---|
| ACP Agency, LLC | | | c/o Acme Credit Partners, LLC<br>600 Lexington Ave.<br>14th Floor<br>New York, NY 10022 |
| Baass Business Solutions, Inc | | | 1200 Centre Street<br>Thornhill, ON L4J 3M9 |
| Bell Mobility, Inc. | | | PO Box 5102<br>Burlington, ON L7R 4R7 |
| Cedar Advance, LLC | | | 5401 Collins Avenue<br>CU-9A<br>Miami Beach, FL 33140 |
| Circana, LLC | | | 203 N. Lasalle St.<br>Suite 1500<br>Chicago, IL 60601 |
| Circana, LLC | | | 203 N. LaSalle Street<br>Chicago, IL 60601 |
| Costco Wholesale | | | PO Box 34622<br>Seattle, WA 98124 |
| Datasite, LLC | | | PO BOX 74007252<br>Chicago, IL 60674-7252 |
| Dicentral | | | P.O. Box 200453<br>Dallas, TX 75320-0453 |
| EG America, LLC | | | 165 Flanders Rd<br>Westborough, MA 01581-1032 |
| Gateway Group, LLC | | | 4685 Macarthur Court<br>Suite 400<br>Newport Beach, CA 92660 |
| Global Widget | | | 8419 Sunstate Street<br>Tampa, FL 33634 |
| Google, LLC | | | Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 |
| Innomar Strategies | | | c/o T10370C<br>Toronto, ON M5W 4H1 |
| Instacart | | | PO BOX 103272<br>Pasadena, CA 91189-3272 |
| Internal Revenue Service | | | PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jaime Fickett | | | 3 Kimball Drive<br>Standish, ME 04084 |
| Kinsbrae Packaging | | | 20 Heroux Devtek Dr.<br>Cambridge, ON N3E 0A8 |
| Multi-Pak Packaging | | | 241 B Clinton Road W<br>Caldwell, NJ 07006 |
| Nasdaq, Inc. | | | 151 W. 42nd Street<br>New York, NY 10036 |
| Notified | | | Attn: Digital Media Innovations<br>P.O. Box 74007143<br>Chicago, IL 60674-7173 |
| Patina Development Group | | | 1420 NW Gilman Blvd<br>#2111<br>Issaquah, WA 98027 |
| Perpetua Labs, LLC | | | 1801 Porter Street<br>Suite 300<br>Baltimore, MD 21230 |

| Party | Counsel | E-mail | Mailing Address |
| --- | --- | --- | --- |
| Pharmasave Drugs (National) Ltd. | | | Suite 201<br>8411 200th Street<br>Longley, BC, V2Y 0E7 |
| RBSM, LLP | | | 805 Third Ave Suite<br>1430 New York, NY 10022 |
| Sanders Morris | | | 600 Travis St.<br>Suite 500<br>Houston, TX 77002 |
| Securities and Exchange Commission | | | 100 F St NE<br>Washington, DC 20549 |
| SPS Commerce, Inc | | | P.O. BOX 205782<br>Dallas, TX 75320-5782 |
| Stryder Distribution, Ltd. | | | 500-710 Dorval Drive<br>Oakville, ON L6K 3V7 |
| Synergy CHC Corp. & Affiliates | Maurice VerStandig and Christianna Cathcart | mac@mbvesq.com; christianna@dcbankruptcy.com | PO Box 22<br>Sebago, ME 04029 |
| Tailored Bottling Solutions | | | 500 Cummings Center<br>Suite 6050<br>Beverly, MA 01915 |
| Unishippers | | | PO Box. 733851<br>Dallas, TX 75373 |
| United States Trustee | Kristen S. Eustis | Kristen.S.Eustis@usdoj.gov | Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314 |
| V Stock Transfer | | | 18 Lafayette Place<br>Woodmere, NY 11598 |