Maurice B. VerStandig, Esq.
Bar No. MD18071
Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Pending |

**MOTION TO HOLD FIRST DAY HEARINGS**

Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "Debtors"), by and through undersigned proposed counsel, pursuant to section VIII of the Procedures for Complex Chapter 11 Cases in the District of Columbia, and move this Honorable Court to hold a first day hearing in this matter, via Zoom and in-person, on Thursday, September 10, 2026, at 9:30 am prevailing eastern time, and in support thereof state as follows:

Since the Debtors filed petitions for relief on Friday, September 4, 2026, the following motions have been docketed, each of which is properly in the nature of a "first day motion:"

- Motion for Joint Administration, ECF No. 6;

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

- Motion to Establish Procedures for Interim Professional Compensation, ECF No. 7;
- Application to Approve Employment of Lauren P. Berret of Eisner Advisory Group LLC as Chief Restructuring Officer, ECF No. 8;
- Motion for Leave to Use Cash Collateral, ECF No. 9;
- Motion to Utilize FDIC-Insured Depository Accounts, ECF No. 10;
- Motion to Approve Compromise with Jack Ross, ECF No. 11; and
- Motion to Waive Necessity of Claims Agent, to Modify Complex Procedures, and for Entry of Case Management Order, ECF No. 13.

It is customary for such matters to be heard on shortened notice. *In re Goodrich Quality Theaters, Inc.*, 616 B.R. 514, 516 (Bankr. W.D. Mich. 2020). And, as expressed in each of the underlying motions, there exists a cognizable exigency necessitating a prompt ruling, so as to enable the Debtors to operate as debtors-in-possession in a prudent and responsible fashion. The Debtors accordingly ask this Honorable Court hold a hearing on each such motion at 9:30 am on Thursday, September 10, 2026, and with such hearing to be conducted via Zoom and in-person, and with written briefs in opposition to each such motion being due not later than 7:00 am on Thursday, September 10, 2026.

*[Signature and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: September 7, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig