**Signed: September 8, 2026**

**The Order below is modified to provide that, notwithstanding the deadline for written objections, the Court retains discretion to allow oral objections at the hearing.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Pending |

**ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS**

Upon consideration of the Motion to Hold First Day Hearings (the "Motion") filed by the debtors in these cases, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the first day motions shall be held at 9:30 am prevailing Eastern Time on Thursday, September 10, 2026, via Zoom and in-person, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

---

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

ORDERED, that any party wishing to oppose any of the first day motions shall do so by written brief, docketed not later than 7:00 am prevailing Eastern Time on Thursday, September 10, 2026; and it is further

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the hearing scheduled herein.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*