IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Synergy CHC Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00465-ELG<br><br>Jointly Administered |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Bankruptcy Rule 2090-1(b), Theodore A. Cohen (the "Movant") respectfully moves this court for his admission to appear pro hac vice in the above-captioned Chapter 11 case as counsel for Sanders Morris, LLC. In support of this Motion, the Movant states as follows:

1. The Movant is an attorney with Sheppard, Mullin, Richter & Hampton LLP, 350 S. Grand Avenue, 40th Floor, Los Angeles, CA 90071, Telephone: (213) 617-4237, email: tcohen@sheppard.com. The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of California. The Movant's California Bar Number is 151427.

3. During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted to pro hac vice in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of

Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7. The $100.00 fee for admission pro hac vice will be paid electronically through the Court's CM/ECF system.

Dated: September 9, 2026

/s/ Theodore A. Cohen

Theodore A. Cohen
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
213.620.1780
tcohen@sheppard.com

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing, along with the declaration and proposed Order, attached hereto, was served electronically on September 9, 2026, via CM/ECF to all persons receiving notice through that system.

/s/ Theodore A. Cohen