IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Synergy CHC Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00465-ELG<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**
**(Theodore A. Cohen)**

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Theodore A. Cohen as counsel for Sanders Morris, LLC, and his declaration in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and Theodore A. Cohen is ADMITTED pro hac vice to appear in the above-captioned Chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

/S/ Theodore A. Cohen
Theodore A. Cohen (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Email: tcohen@sheppard.com

Counsel for Sanders Morris, LLC