IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Synergy CHC Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00465-ELG<br><br>Jointly Administered |

**DECLARATION OF THEODORE A. COHEN**

I, Theodore A. Cohen, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion");

1. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, 350 S. Grand Avenue, 40th Floor, Los Angeles, CA 90071, telephone: (213) 617-4237, email: tcohen@sheppard.com. I am not a member of the Bar of this Court.

2. I am a member in good standing of the State Bar of California.

3. During the two years immediately preceding the filing of this motion, I have not applied to be admitted to pro hac vice in this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission pro hac vice does not constitute formal admission to the bar of this Court.

I declaration under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2026

Respectfully submitted,

/s/ Theodore A. Cohen
Theodore A. Cohen