**Signed: September 8, 2026**

**The Order below is modified to provide that, notwithstanding the deadline for written objections, the Court retains discretion to allow oral objections at the hearing.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Pending |

**ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS**

Upon consideration of the Motion to Hold First Day Hearings (the "Motion") filed by the debtors in these cases, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the first day motions shall be held at 9:30 am prevailing Eastern Time on Thursday, September 10, 2026, via Zoom and in-person, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

ORDERED, that any party wishing to oppose any of the first day motions shall do so by written brief, docketed not later than 7:00 am prevailing Eastern Time on Thursday, September 10, 2026; and it is further

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the hearing scheduled herein.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00465-ELG
Synergy CHC Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Sep 08, 2026 Form ID: pdf001 Total Noticed: 106

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 814312 | + | ACP Agency, LLC, c/o Acme Credit Partners, LLC, 600 Lexington Ave., 14th Floor, New York, NY 10022-6000 |
| 814313 | + | Ahold USA, Inc., 3213 Paysphere Circle, Chicago, IL 60674-0001 |
| 814314 | + | Alabev/Birmingham Beverage, 211 Citation Court, Birmingham, AL 35209-6318 |
| 814315 | + | Albertson's LLC, PO Box 29093, Phoenix, AZ 85038-9093 |
| 814316 | + | Amazon.com, PO Box 80387, Seattle, WA 98108-1309 |
| 814317 | + | Anthem Blue Cross and Blue Shield, PO Box 11792, Newark, NJ 07101-4792 |
| 814318 | + | Atlantic Beverage Distributors, 350 Hopping Brook Rd, Holliston, MA 01746-1458 |
| 814319 | + | Avalara, Dept. CH 16781, Palatine, IL 60055-0001 |
| 814320 | + | BJ's Wholesale Club, Inc., PO Box 9158, Marlborough, MA 01752-5158 |
| 814321 | + | C&S Wholesale Grocers, 47 Old Ferry Road, Brattleboro, VT 05301-9240 |
| 814323 | | Cardinal Health, PO Box 182516, Columbus, OH 43218-2516 |
| 814325 | + | Central Distributors DBA C&M Sales, 2800 Vance St., Little Rock, AR 72206-3338 |
| 814326 | + | Chief Media, LLC, 368 9th Ave., New York, NY 10001-0614 |
| 814327 | + | Circana, LLC, 203 N. Lasalle St., Suite 1500, Chicago, IL 60601-1228 |
| 814328 | + | City of Westbrook, 2 York St., Westbrook, ME 04092-5710 |
| 814329 | + | Coastal Pacific Food Distributors, PO Box 12809, Norfolk, VA 23541-0809 |
| 814330 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 814332 | + | Core-Mark US, LLC, 1500 Solana Blvd, Suite 3400, Westlake , TX 76262-5318 |
| 814331 | | Core-mark International, 1144 Broadway Road, Sanford, NC 27332-9793 |
| 814336 | | Datasite, LLC, PO BOX 74007252, Chicago, IL 60674-7252 |
| 814337 | + | Davidson Specialty Foods, PO Box 620, Brattleboro, VT 05302-0620 |
| 814338 | + | Delhaize America, PO Box 519, Salisbury, NC 28145-0519 |
| 814339 | | Dicentral, P.O. Box 200453, Dallas, TX 75320-0453 |
| 814340 | | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |
| 814348 | + | GWI, PO Box 23262, New York, NY 10087-4262 |
| 814343 | + | Gabriel Brothers, Inc., 55 Scott Avenue, Morgantown, WV 26508-8853 |
| 814344 | + | Gateway Group, LLC, 4685 Macarthur Court, Suite 400, Newport Beach, CA 92660-1855 |
| 814345 | + | Global Widget, 8419 Sunstate Street, Tampa, FL 33634-1306 |
| 814346 | + | Google, LLC, Dept 33654, PO Box 39000, San Francisco, CA 94139-0001 |
| 814347 | | Grocery Supply Company, 130 Hillcrest Drive, Sulphur Springs, TX 75482 |
| 814353 | + | HBC Service Company, 700 Cranberry Woods Dr., Cranberry Township, PA 16066-5213 |
| 814355 | + | HY-VEE, 5820 Westown Parkway, West Des Moines, IA 50266-8290 |
| 814351 | + | Hand MD Corp., 770 Roosevelt Trail, Suite 8, #1016, Windham, ME 04062-5300 |
| 814352 | + | Hanover Insurance Group, PO Box 580045, Charlotte, NC 28258-0045 |
| 814354 | #+ | Health Food Distributors, 1893 Northwood Drive, Troy, MI 48084-5525 |
| 814356 | + | IHerb, 17400 Laguna Canyon Rd, Suite 400, Irvine, CA 92618-5425 |
| 814357 | + | Imperial Distributions, LLC, 850 Northlake Dr., Suite 100, Coppell, TX 75019-4719 |
| 814359 | + | Indian Nation Wholesale Company, PO Box 70, Durant, OK 74702-0070 |

| | | |
|---|---|---|
| 814360 | | Instacart, PO BOX 103272, Pasadena, CA 91189-3272 |
| 814362 | + | Jaime Fickett, 3 Kimball Drive, Standish, ME 04084-5755 |
| 814363 | + | KEHE Dist., c/o KEHE Accounts Payable, PO Box 24830, Jacksonville, FL 32241-4830 |
| 814364 | | Kroger, PO Box 305103, Nashville, TN 37230-5103 |
| 814366 | + | Mackoul Distributors, Inc., 13350 International Parkway, Suite 105, Jacksonville, FL 32218-2395 |
| 814367 | | Mancini Beverage, 1202 Jefferson Blvd, Warwick, RI 02886 |
| 814368 | | Massachusetts Dept. of Revenue, PO Box 7089, Boston, MA 02241-6423 |
| 814369 | | Mckesson Corporation, PO Box 4017, Danville, IL 61834-4017 |
| 814370 | + | Meijer, PO Box X, Grand Rapids, MI 49501-4924 |
| 814371 | + | Mid-State Beverage Co., 1805 East Third St, Williamsport, PA 17701-3994 |
| 814372 | + | Multi-Pak Packaging, 241 B Clinton Road W, Caldwell, NJ 07006-6603 |
| 814373 | + | NASDAQ, 151 W. 42nd Street, New York, NY 10036-6563 |
| 814376 | + | NomadChoice Pty, Ltd., PO Box 22, Sebago, ME 04029-0022 |
| 814377 | + | North Carolina Mutual, PO Box 411, 816 Ellis Road, Durham, NC 27703-6019 |
| 814378 | | North Sebago Storage, 1153 Sebago Rd, Sebago, ME 04029 |
| 814379 | | Notified, Attn: Digital Media Innovations, P.O. Box 74007143, Chicago, IL 60674-7173 |
| 814381 | + | Patina Development Group, 1420 NW Gilman Blvd, #2111, Issaquah, WA 98027-5394 |
| 814382 | + | Perpetua Labs, LLC, 1801 Porter Street, Suite 300, Baltimore, MD 21230-5562 |
| 814384 | | Publix Super Markets, Inc., PO Box, 320, Lakeland, FL 33802 |
| 814386 | + | RBSM, LLP, 805 Third Ave, Suite 1430, New York, NY 10022-7513 |
| 814385 | + | Ravi's Import Warehouse, PO Box 29102, Dallas, TX 75229-0102 |
| 814387 | + | Riega Snacks, Inc., 6601 Lyons Rd, Suite H-9, Coconut Creek, FL 33073-3632 |
| 814393 | | SPS Commerce, Inc, P.O. BOX 205782, Dallas, TX 75320-5782 |
| 814388 | + | Sanders Morris, 600 Travis St. Suite 500, Houston, TX 77002-2909 |
| 814389 | + | Scott Insurance, PO Box 603438, Charlotte, NC 28260-3438 |
| 814390 | + | Select Nutrition, c/o UNFI Accounts Payable, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 814397 | + | State of New Hampshire, PO Box 9502, Manchester, NH 03108-9502 |
| 814398 | + | State of New Jersey, PO Box 252, Trenton, NJ 08646-0252 |
| 814400 | + | State of Pennsylvania, 2 Revenue Place, Harrisburg, PA 17129-0002 |
| 814402 | + | SymQuest, 4 Thomas Drive, Suite 1, Westbrook, ME 04092-3842 |
| 814403 | | Synergy CHC Inc., 3175 Highway 2, Fall River, NS B2T 1J5 |
| 814404 | + | Synergy Reorg, LLC, 20 F Street NW, 7th Floor, Washington, DC 20001-6700 |
| 814405 | + | Tailored Bottling Solutions, 500 Cummings Center, Suite 6050, Beverly, MA 01915-6142 |
| 814406 | | Target.com, TNC 3110, PO Box 9493, Minneapolis, MN 55440-9493 |
| 814407 | + | Tenace Incubation, 970 E Orangethorpe Ave, Anaheim, CA 92801-1132 |
| 814408 | + | The M.A. Patterson Company, 840 Mustang Dr., Grapevine, TX 76051-3904 |
| 814409 | + | The Vitamin Shoppe, 2101 91ST Street, North Bergen, NJ 07047-4731 |
| 814410 | | UL Verification Services, 62045 Collections Center Drive, Chicago, IL 60693-0620 |
| 814411 | + | Unishippers, PO Box. 733851, Dallas, TX 75373-3851 |
| 814412 | + | V Stock Transfer, 18 Lafayette Place, Woodmere, NY 11598-2138 |
| 814413 | + | Value Drug Company, 195 Theater Drive, Duncansville, PA 16635-7144 |
| 814414 | + | Wakefern Food Corporation, 5000 Riverside Dr., Keasbey, NJ 08832-1209 |
| 814416 | + | Walgreens Company, PO Box 4057, Danville, IL 61834-4057 |
| 814417 | + | Washington State Dept. of Revenue, 6500 Linderson Way SW, Olympia, WA 98501-6561 |

TOTAL: 85

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 09 2026 01:18:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 09 2026 01:15:49 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 09 2026 01:15:56 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 09 2026 01:18:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA |

| | | | | |
|---|---|---|---|---|
| | | | | 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 09 2026 01:18:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 814324 | | Email/Text: funding@cedaradvance.com | Sep 09 2026 01:18:00 | Cedar Advance, LLC, 5401 Collins Avenue CU-9A, Miami Beach, FL 33140 |
| 814333 | | Email/Text: CostcoBankruptcyNotices@costco.com | Sep 09 2026 01:18:00 | Costco Wholesale, PO Box 34622, Seattle, WA 98124 |
| 814335 | + | Email/Text: mary.dowd2@cvshealth.com | Sep 09 2026 01:18:00 | CVS Pharmacy, 1 CVS Drive, Woonsocket, RI 02895-6146 |
| 814322 | | Email/Text: USCBNotices@cdtfa.ca.gov | Sep 09 2026 01:18:00 | California Dept. of Tax and Fees AD, PO Box 942879, Sacramento, CA 94279-7072 |
| 814342 | | Email/Text: itcdbg@edd.ca.gov | Sep 09 2026 01:18:00 | Employment Development Department, PO Box 826215, Sacramento, CA 94230-6215 |
| 814358 | | Email/Text: jkeller@imperialdistributors.com | Sep 09 2026 01:18:00 | Imperial Distributors Inc., 150 Blackstone River Rd, Worcester, MA 01607 |
| 814361 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 814365 | + | Email/Text: LDRBankruptcy.EBN@la.gov | Sep 09 2026 01:18:00 | Louisiana Dept. of Revenue, 617 North Third Street, Baton Rouge, LA 70802-5432 |
| 814380 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Sep 09 2026 01:18:00 | Ohio Department of Taxation, PO Box 2678, Columbus, OH 43216-2678 |
| 814383 | | Email/Text: cfo@pinestatetrading.com | Sep 09 2026 01:18:00 | Pine State Beverage, 100 Enterprise Ave., Gardiner, ME 04345 |
| 814394 | + | Email/Text: BNC_Notices@floridarevenue.com | Sep 09 2026 01:18:00 | State of Florida, 5050 W Tennessee St., Tallahassee, FL 32399-6586 |
| 814395 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 09 2026 01:18:00 | State of Indiana, PO Box 7218, Indianapolis, IN 46207-7218 |
| 814396 | + | Email/Text: complianceBK.MRS@maine.gov | Sep 09 2026 01:18:00 | State of Maine, 51 Commerce Drive, Augusta, ME 04330-7999 |
| 814399 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 09 2026 01:18:00 | State of New York, PO Box 4127, Binghamton, NY 13902-4127 |
| 814401 | | Email/Text: pacer@cpa.state.tx.us | Sep 09 2026 01:18:00 | State of Texas, 111 East 17th Street, Austin, TX 78774 |
| 814415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2026 01:25:41 | WAL-MART STORES, 702 SW 8th St., Bentonville, AR 72716-6299 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 814334 | | Crane Worldwide Logistics, LLC |
| 814349 | | H-E-B, 380 Wonder World Drive |
| 814375 | | Las Vegas, NV 89119 |
| 814374 | | Nevada Department of Taxation, 700 E. Warm Springs Rd. Ste 200 |
| 814392 | | Norfolk, VA 23502 |
| 814391 | | SPARTANNASH, 1133 Kindwood Ave |
| 814350 | | San Marcos, TX 78666 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 814341 | *+ | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |

TOTAL: 7 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4