| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Synergy CHC Corp.<br>Name | EIN: | 99–0379440 |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11 9/4/26 |
| Case number: | 26–00465–ELG | | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**10/22**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Synergy CHC Corp. | | |
| **2. All other names used in the last 8 years** | dba Synergy Strips Corp., dba Focus Factor, dba Factor Nutrition Labs | | |
| **3. Address** | PO Box 22<br>Sebago, ME 04029 | | |
| **4. Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114–160<br>Potomac, MD 20854 | Contact phone 301–444–4600<br><br>Email: mac@mbvesq.com | |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354–3280<br><br>Date: 9/9/26 | |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 9, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone #: (888) 330–1716, Passcode: 5678318** | |

At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1.

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 1/19/27<br>**For a governmental unit:** 3/3/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** 12/8/26 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00465-ELG
Synergy CHC Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Sep 09, 2026 Form ID: 309F1 Total Noticed: 111

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |
| aty | + | Christianna Annette Cathcart, The Belmont Firm, 1050 Connecticut Ave, NW, Ste 500, Washington, DC 20036-5304 |
| aty | + | Katharine Toledo, Office of the United States Trustee, 1725 Duke St., Alexandria, VA 22314-3456 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 814312 | + | ACP Agency, LLC, c/o Acme Credit Partners, LLC, 600 Lexington Ave., 14th Floor, New York, NY 10022-6000 |
| 814313 | + | Ahold USA, Inc., 3213 Paysphere Circle, Chicago, IL 60674-0001 |
| 814314 | + | Alabev/Birmingham Beverage, 211 Citation Court, Birmingham, AL 35209-6318 |
| 814315 | + | Albertson's LLC, PO Box 29093, Phoenix, AZ 85038-9093 |
| 814316 | + | Amazon.com, PO Box 80387, Seattle, WA 98108-1309 |
| 814317 | + | Anthem Blue Cross and Blue Shield, PO Box 11792, Newark, NJ 07101-4792 |
| 814318 | + | Atlantic Beverage Distributors, 350 Hopping Brook Rd, Holliston, MA 01746-1458 |
| 814319 | + | Avalara, Dept. CH 16781, Palatine, IL 60055-0001 |
| 814320 | + | BJ's Wholesale Club, Inc., PO Box 9158, Marlborough, MA 01752-5158 |
| 814321 | + | C&S Wholesale Grocers, 47 Old Ferry Road, Brattleboro, VT 05301-9240 |
| 814323 | | Cardinal Health, PO Box 182516, Columbus, OH 43218-2516 |
| 814325 | + | Central Distributors DBA C&M Sales, 2800 Vance St., Little Rock, AR 72206-3338 |
| 814326 | + | Chief Media, LLC, 368 9th Ave., New York, NY 10001-0614 |
| 814327 | + | Circana, LLC, 203 N. Lasalle St., Suite 1500, Chicago, IL 60601-1228 |
| 814328 | + | City of Westbrook, 2 York St., Westbrook, ME 04092-5710 |
| 814329 | + | Coastal Pacific Food Distributors, PO Box 12809, Norfolk, VA 23541-0809 |
| 814330 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 814332 | + | Core-Mark US, LLC, 1500 Solana Blvd, Suite 3400, Westlake , TX 76262-5318 |
| 814331 | | Core-mark International, 1144 Broadway Road, Sanford, NC 27332-9793 |
| 814336 | | Datasite, LLC, PO BOX 74007252, Chicago, IL 60674-7252 |
| 814337 | + | Davidson Specialty Foods, PO Box 620, Brattleboro, VT 05302-0620 |
| 814338 | + | Delhaize America, PO Box 519, Salisbury, NC 28145-0519 |
| 814339 | | Dicentral, P.O. Box 200453, Dallas, TX 75320-0453 |
| 814340 | | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |
| 814348 | + | GWI, PO Box 23262, New York, NY 10087-4262 |
| 814343 | + | Gabriel Brothers, Inc., 55 Scott Avenue, Morgantown, WV 26508-8853 |
| 814344 | + | Gateway Group, LLC, 4685 Macarthur Court, Suite 400, Newport Beach, CA 92660-1855 |
| 814345 | + | Global Widget, 8419 Sunstate Street, Tampa, FL 33634-1306 |
| 814346 | + | Google, LLC, Dept 33654, PO Box 39000, San Francisco, CA 94139-0001 |
| 814347 | | Grocery Supply Company, 130 Hillcrest Drive, Sulphur Springs, TX 75482 |
| 814353 | + | HBC Service Company, 700 Cranberry Woods Dr., Cranberry Township, PA 16066-5213 |
| 814355 | + | HY-VEE, 5820 Westown Parkway, West Des Moines, IA 50266-8290 |
| 814351 | + | Hand MD Corp., 770 Roosevelt Trail, Suite 8, #1016, Windham, ME 04062-5300 |
| 814352 | + | Hanover Insurance Group, PO Box 580045, Charlotte, NC 28258-0045 |
| 814354 | #+ | Health Food Distributors, 1893 Northwood Drive, Troy, MI 48084-5525 |
| 814356 | + | IHerb, 17400 Laguna Canyon Rd, Suite 400, Irvine, CA 92618-5425 |

| | | |
|---|---|---|
| 814357 | + | Imperial Distributions, LLC, 850 Northlake Dr., Suite 100, Coppell, TX 75019-4719 |
| 814359 | + | Indian Nation Wholesale Company, PO Box 70, Durant, OK 74702-0070 |
| 814360 | | Instacart, PO BOX 103272, Pasadena, CA 91189-3272 |
| 814362 | + | Jaime Fickett, 3 Kimball Drive, Standish, ME 04084-5755 |
| 814363 | + | KEHE Dist., c/o KEHE Accounts Payable, PO Box 24830, Jacksonville, FL 32241-4830 |
| 814364 | | Kroger, PO Box 305103, Nashville, TN 37230-5103 |
| 814366 | + | Mackoul Distributors, Inc., 13350 International Parkway, Suite 105, Jacksonville, FL 32218-2395 |
| 814367 | | Mancini Beverage, 1202 Jefferson Blvd, Warwick, RI 02886 |
| 814368 | | Massachusetts Dept. of Revenue, PO Box 7089, Boston, MA 02241-6423 |
| 814369 | | Mckesson Corporation, PO Box 4017, Danville, IL 61834-4017 |
| 814370 | + | Meijer, PO Box X, Grand Rapids, MI 49501-4924 |
| 814371 | + | Mid-State Beverage Co., 1805 East Third St, Williamsport, PA 17701-3994 |
| 814372 | + | Multi-Pak Packaging, 241 B Clinton Road W, Caldwell, NJ 07006-6603 |
| 814373 | + | NASDAQ, 151 W. 42nd Street, New York, NY 10036-6563 |
| 814376 | + | NomadChoice Pty, Ltd., PO Box 22, Sebago, ME 04029-0022 |
| 814377 | + | North Carolina Mutual, PO Box 411, 816 Ellis Road, Durham, NC 27703-6019 |
| 814378 | | North Sebago Storage, 1153 Sebago Rd, Sebago, ME 04029 |
| 814379 | | Notified, Attn: Digital Media Innovations, P.O. Box 74007143, Chicago, IL 60674-7173 |
| 814381 | + | Patina Development Group, 1420 NW Gilman Blvd, #2111, Issaquah, WA 98027-5394 |
| 814382 | + | Perpetua Labs, LLC, 1801 Porter Street, Suite 300, Baltimore, MD 21230-5562 |
| 814384 | | Publix Super Markets, Inc., PO Box, 320, Lakeland, FL 33802 |
| 814386 | + | RBSM, LLP, 805 Third Ave, Suite 1430, New York, NY 10022-7513 |
| 814385 | + | Ravi's Import Warehouse, PO Box 29102, Dallas, TX 75229-0102 |
| 814387 | + | Riega Snacks, Inc., 6601 Lyons Rd, Suite H-9, Coconut Creek, FL 33073-3632 |
| 814393 | | SPS Commerce, Inc, P.O. BOX 205782, Dallas, TX 75320-5782 |
| 814388 | + | Sanders Morris, 600 Travis St. Suite 500, Houston, TX 77002-2909 |
| 814389 | + | Scott Insurance, PO Box 603438, Charlotte, NC 28260-3438 |
| 814390 | + | Select Nutrition, c/o UNFI Accounts Payable, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 814397 | + | State of New Hampshire, PO Box 9502, Manchester, NH 03108-9502 |
| 814398 | + | State of New Jersey, PO Box 252, Trenton, NJ 08646-0252 |
| 814400 | + | State of Pennsylvania, 2 Revenue Place, Harrisburg, PA 17129-0002 |
| 814402 | + | SymQuest, 4 Thomas Drive, Suite 1, Westbrook, ME 04092-3842 |
| 814403 | | Synergy CHC Inc., 3175 Highway 2, Fall River, NS B2T 1J5 |
| 814404 | + | Synergy Reorg, LLC, 20 F Street NW, 7th Floor, Washington, DC 20001-6700 |
| 814405 | + | Tailored Bottling Solutions, 500 Cummings Center, Suite 6050, Beverly, MA 01915-6142 |
| 814406 | | Target.com, TNC 3110, PO Box 9493, Minneapolis, MN 55440-9493 |
| 814407 | + | Tenace Incubation, 970 E Orangethorpe Ave, Anaheim, CA 92801-1132 |
| 814408 | + | The M.A. Patterson Company, 840 Mustang Dr., Grapevine, TX 76051-3904 |
| 814409 | + | The Vitamin Shoppe, 2101 91ST Street, North Bergen, NJ 07047-4731 |
| 814410 | | UL Verification Services, 62045 Collections Center Drive, Chicago, IL 60693-0620 |
| 814411 | + | Unishippers, PO Box. 733851, Dallas, TX 75373-3851 |
| 814412 | + | V Stock Transfer, 18 Lafayette Place, Woodmere, NY 11598-2138 |
| 814413 | + | Value Drug Company, 195 Theater Drive, Duncansville, PA 16635-7144 |
| 814414 | + | Wakefern Food Corporation, 5000 Riverside Dr., Keasbey, NJ 08832-1209 |
| 814416 | + | Walgreens Company, PO Box 4057, Danville, IL 61834-4057 |
| 814417 | + | Washington State Dept. of Revenue, 6500 Linderson Way SW, Olympia, WA 98501-6561 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 23:06:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | | Email/Text: mac@mbvesq.com | Sep 09 2026 23:06:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| smg | + | EDI: DCGOVT | Sep 10 2026 03:06:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 09 2026 23:03:30 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 09 2026 23:03:37 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 09 2026 23:06:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 09 2026 23:06:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 23:06:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 814324 | | Email/Text: funding@cedaradvance.com | Sep 09 2026 23:06:00 | Cedar Advance, LLC, 5401 Collins Avenue CU-9A, Miami Beach, FL 33140 |
| 814333 | | Email/Text: CostcoBankruptcyNotices@costco.com | Sep 09 2026 23:06:00 | Costco Wholesale, PO Box 34622, Seattle, WA 98124 |
| 814335 | + | Email/Text: mary.dowd2@cvshealth.com | Sep 09 2026 23:06:00 | CVS Pharmacy, 1 CVS Drive, Woonsocket, RI 02895-6146 |
| 814322 | | EDI: CALTAXFEE | Sep 10 2026 03:06:00 | California Dept. of Tax and Fees AD, PO Box 942879, Sacramento, CA 94279-7072 |
| 814342 | | EDI: EDD.COM | Sep 10 2026 03:06:00 | Employment Development Department, PO Box 826215, Sacramento, CA 94230-6215 |
| 814358 | | Email/Text: jkeller@imperialdistributors.com | Sep 09 2026 23:06:00 | Imperial Distributors Inc., 150 Blackstone River Rd, Worcester, MA 01607 |
| 814361 | | EDI: IRS.COM | Sep 10 2026 03:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 814365 | + | EDI: LADOR | Sep 10 2026 03:06:00 | Louisiana Dept. of Revenue, 617 North Third Street, Baton Rouge, LA 70802-5432 |
| 814380 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Sep 09 2026 23:06:00 | Ohio Department of Taxation, PO Box 2678, Columbus, OH 43216-2678 |
| 814383 | | Email/Text: cfo@pinestatetrading.com | Sep 09 2026 23:06:00 | Pine State Beverage, 100 Enterprise Ave., Gardiner, ME 04345 |
| 814394 | + | Email/Text: BNC_Notices@floridarevenue.com | Sep 09 2026 23:06:00 | State of Florida, 5050 W Tennessee St., Tallahassee, FL 32399-6586 |
| 814395 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 09 2026 23:06:00 | State of Indiana, PO Box 7218, Indianapolis, IN 46207-7218 |
| 814396 | + | EDI: MAINEREV | Sep 10 2026 03:06:00 | State of Maine, 51 Commerce Drive, Augusta, ME 04330-7999 |
| 814399 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 09 2026 23:06:00 | State of New York, PO Box 4127, Binghamton, NY 13902-4127 |
| 814401 | | Email/Text: pacer@cpa.state.tx.us | Sep 09 2026 23:06:00 | State of Texas, 111 East 17th Street, Austin, TX 78774 |
| 814415 | + | EDI: SYNC | Sep 10 2026 03:06:00 | WAL-MART STORES, 702 SW 8th St., Bentonville, AR 72716-6299 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 814334 | | Crane Worldwide Logistics, LLC |
| 814349 | | H-E-B, 380 Wonder World Drive |
| 814375 | | Las Vegas, NV 89119 |
| 814374 | | Nevada Department of Taxation, 700 E. Warm Springs Rd. Ste 200 |
| 814392 | | Norfolk, VA 23502 |
| 814391 | | SPARTANNASH, 1133 Kindwood Ave |
| 814350 | | San Marcos, TX 78666 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 814341 | *+ | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |

TOTAL: 7 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5