The order below is hereby signed.

Signed: September 9 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| Synergy CHC Corp., | Case No. 26-00465-ELG |
| Debtor. | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**
**(Theodore A. Cohen)**

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Theodore A. Cohen as counsel for Sanders Morris, LLC, and his declaration in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and Theodore A. Cohen is ADMITTED pro hac vice to appear in the above-captioned Chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

/S/ Theodore A. Cohen
Theodore A. Cohen (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Email: tcohen@sheppard.com
Counsel for Sanders Morris, LLC

United States Bankruptcy Court
District of Columbia

In re:
Synergy CHC Corp.
Debtor

Case No. 26-00465-ELG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kevin M Davis | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC jessica-giglio-8668@ecf.pacerpro.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Ted Cohen | |

on behalf of Creditor Sanders Morris LLC tcohen@sheppardmullin.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7