| Party | Counsel | E-mail | Mailing Address |
|---|---|---|---|
| ACP Agency, LLC | Jeffrey A. Liesemer, Kevin M. Davis, and Lucas H. Self | kdavis@capdale.com; lself@capdale.com; ascwartz@capdale.com | Caplin & Drysdale, Chtd.<br>1200 New Hampshire Ave. NW<br>8th Floor<br>Washington, DC 20036 |
| Baass Business Solutions, Inc | | edagampat@baass.com | 1200 Centre Street<br>Thornhill, ON L4J 3M9 |
| Bell Mobility, Inc. | | response@ccts-cprst.ca | PO Box 5102<br>Burlington, ON L7R 4R7 |
| Cedar Advance, LLC | | sa@hudsonventuresllc.com | 5401 Collins Avenue<br>CU-9A<br>Miami Beach, FL 33140 |
| Circana, LLC | | accounts.receivable@circana.com | 203 N. Lasalle St.<br>Suite 1500<br>Chicago, IL 60601 |
| Costco Wholesale | | khansen@costco.com | PO Box 34622<br>Seattle, WA 98124 |
| Datasite, LLC | | billing@datasite.com | PO BOX 74007252<br>Chicago, IL 60674-7252 |
| Dicentral | | sales@dicentral.com | P.O. Box 200453<br>Dallas, TX 75320-0453 |
| EG America, LLC | | EGA-Communications@eg-america.com | 165 Flanders Rd<br>Westborough, MA 01581-1032 |
| Gateway Group, LLC | | cody@gateway-grp.com | 4685 Macarthur Court<br>Suite 400<br>Newport Beach, CA 92660 |
| Global Widget | | Kevin@globalwidget.com | 8419 Sunstate Street<br>Tampa, FL 33634 |
| Google, LLC | | press@google.com | Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 |
| Innomar Strategies | | AccountsReceivable@innomar-strategies.com | c/o T10370C<br>Toronto, ON M5W 4H1 |
| Instacart | | AR@instacart.com | PO BOX 103272<br>Pasadena, CA 91189-3272 |
| Internal Revenue Service | | melissa.goforth.koenig@usdoj.gov; oliver.mcdaniel@usdoj.gov | PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jaime Fickett | | jfickett@synergychc.com | 3 Kimball Drive<br>Standish, ME 04084 |
| Kinsbrae Packaging | | shawn@kinsbraegroup.com | 20 Heroux Devtek Dr.<br>Cambridge, ON N3E 0A8 |
| Multi-Pak Packaging | | jculligan@multipaknj.com | 241 B Clinton Road W<br>Caldwell, NJ 07006 |
| Nasdaq, Inc. | | corporatesecretary@nasdaq.com | 151 W. 42nd Street<br>New York, NY 10036 |
| Notified | | brenda-ann.funston@notified.com | Attn: Digital Media Innovations<br>P.O. Box 74007143<br>Chicago, IL 60674-7173 |
| Patina Development Group | | wilson@patinadevgroup.com | 1420 NW Gilman Blvd<br>#2111<br>Issaquah, WA 98027 |
| Perpetua Labs, LLC | | hello@perpetua.io | 1801 Porter Street<br>Suite 300<br>Baltimore, MD 21230 |
| Pharmasave Drugs (National) Ltd. | | info@bc.pharmasave.ca | Suite 201<br>8411 200th Street<br>Longley, BC, V2Y 0E7 |

| Party | Counsel | E-mail | Mailing Address |
|---|---|---|---|
| RBSM, LLP | | pstefanou@rbsmllp.com | 805 Third Ave Suite<br>1430 New York, NY 10022 |
| Sanders Morris | Theodore Cohen | tcohen@sheppardmullin.com | “Sheppard, Mullin, Richter &<br>Hampton LLP<br>350 S. Grand Avenue<br>40th Floor<br>Los Angeles, CA 90071”<br>Suite 500<br>Houston, TX 77002 |
| Securities and Exchange Commission | | | 100 F St NE<br>Washington, DC 20549 |
| SPS Commerce, Inc | | billing@spscommerce.com | P.O. BOX 205782<br>Dallas, TX 75320-5782 |
| Stryder Distribution, Ltd. | | sales@go-stryder.com | 500-710 Dorval Drive<br>Oakville, ON L6K 3V7 |
| Synergy CHC Corp. & Affiliates | Maurice VerStandig and<br>Christianna Cathcart | mac@mbvesq.com;<br>christianna@dcbankruptcy.com | PO Box 22<br>Sebago, ME 04029 |
| Tailored Bottling Solutions | | mirandat@ruckerinv.com | 500 Cummings Center<br>Suite 6050<br>Beverly, MA 01915 |
| Unishippers | | mitch.ohara@unishippers.com | PO Box. 733851<br>Dallas, TX 75373 |
| United States Trustee | Kristen S. Eustis | Kristen.S.Eustis@usdoj.gov | Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314 |
| V Stock Transfer | | info@vstocktransfer.com | 18 Lafayette Place<br>Woodmere, NY 11598 |