**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Synergy CHC Corp.,[1] | Case No. 26-465-ELG |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NIR MAOZ

Pursuant to Local Bankruptcy Rule 2090-1(b), Nir Maoz (the "Movant"), respectfully moves (the "Motion") his admission to appear *pro hac vice* in the above-captioned chapter 11 case as counsel for ACP Agency, LLC and Acme Credit Partners, LLC. In support of this Motion, the Movant states as follows:

1. The Movant is an attorney with the law firm of KTBS Law LLP, which maintains an office at 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, telephone: (310) 407-4000, email: nmaoz@ktbslaw.com. The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of California.

3. During the two years immediately preceding the filing of this Motion, Movant has not applied to be admitted *pro hac vice* in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

---

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

7. The $100 fee for admission *pro hac vice* will be paid electronically through the Court's CM/ECF system.

Dated: September 14, 2026

**KTBS LAW LLP**

/s/ *Nir Maoz*

Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: nmaoz@ktbslaw.com

*Counsel for ACP Agency, LLC and Acme Credit Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I served the foregoing *Motion for Admission Pro Hac Vice of Nir Maoz* on those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/ *Nir Maoz*
Nir Maoz

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy CHC Corp.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-465-ELG<br><br>(Jointly Administered) |

**DECLARATION OF NIR MAOZ**

I, Nir Maoz, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion for Admission Pro Hac Vice* (the "Motion"):

1. I am an attorney with the law firm of KTBS Law LLP, which maintains an office at 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, telephone: (310) 407-4000, email: nmaoz@ktbslaw.com. I am not a member of the Bar of this Court.

2. I am and have been, a member in good standing of the State Bar of California.

3. During the two years immediately preceding the filing of this Motion, I have not applied to be admitted *pro hac vice* in this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

---

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

6. I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2026

/s/ *Nir Maoz*
Nir Maoz

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy CHC Corp.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-465-ELG<br><br>(Joint Administered) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
***(Nir Maoz)***

This court having considered the *Motion for Admission Pro Hac Vice of Nir Maoz* (the "Motion") filed by Nir Maoz of KTBS Law LLP as counsel for ACP Agency, LLC and Acme Credit Partners, LLC, and his declaration in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that Nir Maoz is ADMITTED *pro hac vice* to appear in the above-captioned chapter 11 case.

**I ASK FOR THIS:**

/s/ *Nir Maoz*
Nir Maoz
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: nmaoz@ktbslaw.com

*Counsel for ACP Agency, LLC and*
*Acme Credit Partners, LLC*

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.