**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| Synergy CHC Corp., | ) | No. 26-00465-ELG |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that NELSON MULLINS RILEY & SCARBOROUGH LLP, by its undersigned counsel, hereby enters its appearance as counsel for Jack Ross. Pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 342, counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

Dylan G. Trache, Esquire
NELSON MULLINS RILEY
& SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
Phone: (202) 689-2800
Fax: (202) 689-2860
dylan.trache@nelsonmullins.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan, answer or response, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, fax or otherwise filed with regard to the above case and any contested matter or adversary proceedings therein.

Respectfully submitted,

Jack Ross

By Counsel

/s/ Dylan G. Trache
Dylan G. Trache, DC Bar No. 476318
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
Phone: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2026, a copy of the foregoing Notice was sent by CM/ECF on all parties receiving such notice.

/s/ Dylan G. Trache
Dylan G. Trache