The order below is hereby signed.

Signed: September 15 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNERGY CHC CORP., *et al.*, | Case No. 26-465-ELG |
| Debtors.[1] | (Jointly Administered) |

**<u>ORDER DENYING MOTION FOR LEAVE TO USE CASH COLLATERAL</u>**

For the reasons stated on the record on September 11, 2026,

IT IS HEREBY ORDERED that the Debtors' *Motion for Leave to Use Cash Collateral* (Dkt. No. 9) is DENIED.

[Signed and dated above.]

Copies to: the Debtors, parties who receive electronic notifications.

[Remainder of page intentionally left blank.]

[1] The debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "**Debtors**").

Proponent:

/s/ *Kevin M. Davis*
Kevin M. Davis
Jeffrey A. Liesemer
Lucas H. Self (*pro hac vice* pending)
Alec G. Schwartz
CAPLIN & DRYSDALE, CHARTERED
1200 New Hampshire Ave NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jliesemer@capdale.com
kdavis@capdale.com
lself@capdale.com
aschwartz@capdale.com

*Counsel to ACP Agency LLC and*
*Acme Credit Partners LLC*

Seen and Objected:

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

*Proposed Counsel for the Debtors*