The order below is hereby signed.

Signed: September 15 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy Reorg, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-464-ELG<br>26-465-ELG<br>26-466-ELG<br>26-467-ELG<br>26-468-ELG<br>26-469-ELG<br><br>(Joint Administration Pending) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
***(Nicklos Tanner Frei)***

This court having considered the *Motion for Admission Pro Hac Vice of Nicklos Tanner Frei* (the "Motion") filed by Nicklos Tanner Frei of KTBS Law LLP as counsel for ACP Agency, LLC and Acme Credit Partners, LLC, and his declaration in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that Nicklos Tanner Frei is ADMITTED *pro hac vice* to appear in the above-captioned chapter 11 case.

---

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

**I ASK FOR THIS:**

/s/ *Nicklos Tanner Frei*

Nicklos Tanner Frei
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: tfrei@ktbslaw.com

*Counsel for ACP Agency, LLC and*
*Acme Credit Partners, LLC*

United States Bankruptcy Court
District of Columbia

In re:
Synergy CHC Corp.
Debtor

Case No. 26-00465-ELG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 15, 2026 Form ID: pdf001 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Nicklos Tanner Frei, KTBS LAW LLP 1801 Century Park East, 26th Floor, Los Angeles, CA 90067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kevin M Davis | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC jessica-giglio-8668@ecf.pacerpro.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nir Maoz | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC nmaoz@ktbslaw.com |
| Ted Cohen | on behalf of Creditor Sanders Morris LLC tcohen@sheppardmullin.com |
| U. S. Trustee for Region Four | |

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 8