The order below is hereby signed.

Signed: September 22 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

Upon consideration of the *Motion for Joint Administration* (the “Motion”), ECF No. 6, filed by Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the “Debtors”), the authorities cited therein, the record herein, the lack of opposition to the Motion, and the arguments adduced at a hearing on the Motion on September 10, 2026, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the cases noted in footnote 1 hereto—bearing case numbers commencing with 26-464-ELG and running through 26-469-ELG—shall be jointly administered through the

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

matter of Synergy CHC Corp., case number 26-465-ELG (the "Lead Case"), *except* that each of the Debtors shall maintain an individual claims register under their respective case number; and it is further

ORDERED, that the caption on this order—inclusive of the footnote thereto—shall be used as the caption on all subsequent filings in the Debtors' cases except where use of a mandatorily promulgated form makes the utilization of a footnote impossible or impracticable; and it is further

ORDERED, that the clerk of this Honorable Court shall place a notice, on the docket in the case of each of the Debtors *except* for Synergy CHC Corp., indicating each such Debtor's case to be jointly administered and that all future filings—except for entries in the claims register—are to be made in the Lead Case.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

Seen and Agreed:

/s/ Kevin M. Davis (signed w/ express permission)
Kevin M. Davis
Caplin & Drysdale, Chartered
1200 New Hampshire Ave. NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kdavis@capdale.com
*Counsel to ACP Agency LLC and*
*Acme Credit Partners LLC*

Approved as to Form:

/s/ Theodore Cohen (signed w/ express permission)
Theodore Cohen
Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
(213) 620-1780
tcohen@sheppard.com
*Counsel for Sanders Morris, LLC*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 Direct Dial
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*