**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Synergy CHC Corp.,**[1] | **Case No. 24-00465-ELG** |
| **Debtors.** | **Chapter 11 – Jointly Administered** |

**NOTICE OF MOTION TO CONVERT CHAPTER 11 CASE, OR IN THE ALTERNATIVE, TO DIRECT THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND HEARING AND DEADLINE TO OBJECT**

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert chapter 11 case, or in the alternative, to direct the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a) ("Motion").

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **October 7, 2026**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **October 14, 2026 at 10:00 a.m.** The hearing will be held in a hybrid in-person or Zoom for Government format. All

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

September 22, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on September 22, 2026, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Christianna Annette Cathcart christianna@dcbankruptcy.com

Ted Cohen tcohen@sheppardmullin.com

Kevin M Davis jessica-giglio-8668@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Nir Maoz nmaoz@ktbslaw.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

Dylan G. Trache dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on September 22, 2026, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtors, Master Service List, and Debtors' List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Synergy Reorg, LLC<br>20 F Street NW, 7 Floor<br>Washington, DC 20001 | Synergy CHC Corp.<br>PO Box 22<br>Sebago, ME 04029 |
| Synergy CHC Inc.<br>PO Box 22<br>Sebago, ME 04029 | Hand MD Corp<br>PO Box 22<br>Sebago, ME 04029 |
| NomadChoice Pty, Ltd.<br>PO Box 22<br>Sebago, ME 04029 | Synergy CHC Mexico<br>PO Box 22<br>Sebago, ME 04029 |
| ACP Agency, LLC<br>c/o Acme Credit Partners, LLC<br>600 Lexington Ave., 14th Floor<br>New York, NY 10022 | Baass Business<br>Solutions, Inc<br>1200 Centre Street<br>Thornhill, ON L4J 3M9 |

| | |
|---|---|
| Bell Mobility, Inc.<br>PO Box 5102<br>Burlington, ON L7R 4R7 | Circana, LLC<br>203 N. LaSalle Street<br>Chicago, IL 60601 |
| Eastlink<br>PO Box 8600<br>Halifax, NS B3K 5M2 | Innomar Strategies<br>c/o T10370C<br>Toronto, ON M5W 4H1 |
| Kinsbrae Packaging<br>20 Heroux Devtek Dr.<br>Cambridge, ON N3E 0A8 | Pharmasave Drugs (National) Ltd.<br>Suite 201, 8411<br>200th Street<br>Longley, BC, V2Y 0E7 |
| Rithum Corporation<br>1201 Peachtree St NE<br>Atlanta, GA 30361 | Stryder Distribution, Ltd.<br>500-710 Dorval Drive<br>Oakville, ON L6K 3V7 |
| Walmart Canada Corp<br>C/O Bank of America Lockbox Services<br>PO Box 4090 Stn A<br>Toronto, ON M5W 0E9 | Cedar Advance, LLC<br>5401 Collins Avenue<br>CU-9A<br>Miami Beach, FL 33140 |
| Costco Wholesale<br>PO Box 34622<br>Seattle, WA 98124 | Datasite, LLC<br>PO BOX 74007252<br>Chicago, IL 60674-7252 |
| Gateway Group, LLC<br>4685 Macarthur<br>Court, Suite 400<br>Newport Beach, CA 92660 | Global Widget<br>8419 Sunstate Street<br>Tampa, FL 33634 |
| Google, LLC<br>Dept 33654, PO Box 39000<br>San Francisco, CA 94139 | Instacart<br>PO BOX 103272<br>Pasadena, CA 91189-3272 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 |
| Multi-Pak Packaging<br>241 B Clinton Road W<br>Caldwell, NJ 07006 | Notified<br>Attn: Digital Media Innovations<br>P.O. Box 74007143<br>Chicago, IL 60674-7173 |

| | |
|---|---|
| Patina Development Group<br>1420 NW Gilman Blvd, #2111<br>Issaquah, WA 98027 | Perpetua Labs, LLC<br>1801 Porter Street, Suite 300<br>Baltimore, MD 21230 |
| RBSM, LLP<br>805 Third Ave, Suite 1430<br>New York, NY 10022 | Sanders Morris<br>600 Travis St. Suite 500<br>Houston, TX 77002 |
| SPS Commerce, Inc<br>P.O. BOX 205782<br>Dallas, TX 75320-5782 | Unishippers<br>PO Box. 733851<br>Dallas, TX 75373 |
| V Stock Transfer<br>18 Lafayette Place<br>Woodmere, NY 11598 | Dicentral<br>P.O. Box 200453<br>Dallas, TX 75320-0453 |
| EG America, LLC<br>165 Flanders Rd.<br>Westborough, MA 01581-1032 | Nasdaq, Inc.<br>151 W. 42nd Street<br>New York, NY 10036 |
| Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 | Tailored Bottling Solutions<br>500 Cummings Center, Suite 650<br>Beverly, MA 01915 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist