**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Synergy CHC Corp.,**[1] | **Case No. 24-00465-ELG** |
| **Debtors.** | **Chapter 11 – Jointly Administered** |

**ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Upon the consideration of the Motion of the Acting United States Trustee to convert this case, or, in the alternative, directing the appointment of a Chapter 11 Trustee (the "Motion"), and good cause having been shown, and after hearing thereon, it is hereby

**ORDERED** that the Motion is **GRANTED**, as set forth herein, and it is further

**ORDERED**, that the Acting United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis
DC Fed. Bar No. MD28984
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Christianna Annette Cathcart christianna@dcbankruptcy.com

Ted Cohen tcohen@sheppardmullin.com

Kevin M Davisjessica-giglio-8668@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Nir Maoz nmaoz@ktbslaw.com

Dylan G. Trache dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;v
erstandiglaw@recap.email

All parties on the creditor mailing matrix.

**END OF ORDER**