The order below is hereby signed.

Signed: September 22 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION TO ESTABLISH**
**PROCEDURES FOR INTERIM PROFESSIONAL COMPENSATION**

Upon consideration of the *Motion to Establish Procedures for Interim Professional Compensation* (the "Motion"), ECF No. 7, filed by Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "Debtors"), the authorities cited therein, the record herein, and the opposition argued at a hearing on the Motion on September 10, 2026, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the provisions of section XVI of the Procedures for Complex Chapter 11 Cases in the District of Columbia are applicable to these cases.

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

Seen:

/s/ Kevin M. Davis (signed w/ express permission)
Kevin M. Davis
Caplin & Drysdale, Chartered
1200 New Hampshire Ave. NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kdavis@capdale.com
*Counsel to ACP Agency LLC and*
*Acme Credit Partners LLC*

Approved as to Form:

/s/ Theodore Cohen (signed w/ express permission)
Theodore Cohen
Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
(213) 620-1780
tcohen@sheppard.com
*Counsel for Sanders Morris, LLC*

Seen and Objected:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee

1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 Direct Dial
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*