The order below is hereby signed.

Signed: September 23 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, CHRISTIANNA CATHCART, AND THE VERSTANDIG LAW FIRM AS BANKRUPTCY COUNSEL TO AFFILIATED DEBTORS**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Christanna Cathcart, and The VerStandig Law Firm as Bankruptcy Counsel to Affiliated Debtors (the "Application"), ECF No. #5, the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Maurice VerStandig and Christianna Cathcart are attorneys duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and it is further

FOUND, that Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC do not hold any interest adverse to the debtors or the estates; and it is further

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

FOUND, that Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in section 101(14) of title 11 of the United States Code; and it is further

ORDERED, the debtors be, and are hereby authorized to, employ Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC as general reorganization counsel; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*