The order below is hereby signed.

Signed: September 22 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION TO ESTABLISH**
**PROCEDURES FOR INTERIM PROFESSIONAL COMPENSATION**

Upon consideration of the *Motion to Establish Procedures for Interim Professional Compensation* (the "Motion"), ECF No. 7, filed by Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "Debtors"), the authorities cited therein, the record herein, and the opposition argued at a hearing on the Motion on September 10, 2026, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the provisions of section XVI of the Procedures for Complex Chapter 11 Cases in the District of Columbia are applicable to these cases.

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

Seen:

/s/ Kevin M. Davis (signed w/ express permission)
Kevin M. Davis
Caplin & Drysdale, Chartered
1200 New Hampshire Ave. NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kdavis@capdale.com
*Counsel to ACP Agency LLC and*
*Acme Credit Partners LLC*

Approved as to Form:

/s/ Theodore Cohen (signed w/ express permission)
Theodore Cohen
Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
(213) 620-1780
tcohen@sheppard.com
*Counsel for Sanders Morris, LLC*

Seen and Objected:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis
Trial Attorney
Department of Justice
Office of the United States Trustee

1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 Direct Dial
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

United States Bankruptcy Court
District of Columbia

| | |
|---|---|
| In re: | Case No. 26-00465-ELG |
| Synergy CHC Corp. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Dylan G. Trache | on behalf of Creditor Jack Ross dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kevin M Davis | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC jessica-giglio-8668@ecf.pacerpro.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | |

| | |
|---|---|
| | on behalf of Debtor In Possession Synergy CHC Mexico mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy Reorg LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Hand MD Corp mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession NomadChoice Pty Ltd. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nicklos Tanner Frei | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC tfrei@ktbslaw.com |
| Nir Maoz | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC nmaoz@ktbslaw.com |
| Ted Cohen | on behalf of Creditor Sanders Morris LLC tcohen@sheppardmullin.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15