The order below is hereby signed.

Signed: September 23 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, CHRISTIANNA CATHCART, AND THE VERSTANDIG LAW FIRM AS BANKRUPTCY COUNSEL TO AFFILIATED DEBTORS**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Christanna Cathcart, and The VerStandig Law Firm as Bankruptcy Counsel to Affiliated Debtors (the "Application"), ECF No. #5, the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Maurice VerStandig and Christianna Cathcart are attorneys duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and it is further

FOUND, that Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC do not hold any interest adverse to the debtors or the estates; and it is further

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

FOUND, that Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in section 101(14) of title 11 of the United States Code; and it is further

ORDERED, the debtors be, and are hereby authorized to, employ Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC as general reorganization counsel; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Christianna Cathcart and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00465-ELG
Synergy CHC Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Dylan G. Trache | on behalf of Creditor Jack Ross dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kevin M Davis | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC jessica-giglio-8668@ecf.pacerpro.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | |

| | |
|---|---|
| | on behalf of Debtor In Possession Synergy CHC Mexico mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy Reorg LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Hand MD Corp mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession NomadChoice Pty Ltd. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nicklos Tanner Frei | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC tfrei@ktbslaw.com |
| Nir Maoz | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC nmaoz@ktbslaw.com |
| Ted Cohen | on behalf of Creditor Sanders Morris LLC tcohen@sheppardmullin.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15