**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **EAGLE PROPERTIES AND INVESTMENTS, LLC,** | **Case No. 23-10566-KHK** |
| | **Chapter 11** |
| **Debtor-In-Possession** | |

**ORDER GRANTING APPLICATION TO**
**EMPLOY CHIEF RESTRUCTURING OFFICER**

Upon consideration of the Application to Employ Chief Restructuring Officer (the "Application," as found at DE #182), the lack of opposition thereto, applicable law, and the record herein, it is, by the United States Banrkuptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice VerStandig ("Mr. VerStandig") shall serve as the Chief Restructuring Officer (the "CRO") of Eagle Properties and Investments, LLC (the "Debtor"), subject to the terms and provisions set forth herein and any further Orders of this court; and it is further

ORDERED, that as CRO, Mr. VerStandig shall have complete decision-making authority on behalf of the Debtor, subject to the requirement that leave of court be sought in connection with such decisions as may require court approval under governing law; and it is further

ORDERED, that Mr. VerStandig shall file one or more applications for compensation with this Honorable Court, in accord with the law governing the payment of professional persons in bankruptcy proceedings, and may not accept any compensation for his services as CRO, absent leave of court, though he may hold funds as a retainer for the payment of such compensation once approved; and it is further

ORDERED, that Mr. VerStandig may, as CRO, open one or more debtor-in-possession bank accounts in the name of the Debtor, at institutions approved by the United States Trustee, and shall possess sole check-writing authority over such account(s), *except* he may use such mechanisms as the correlative bank may make available for the direct issuance of checks by the bank upon the express approval of Mr. VerStandig; and it is further

ORDERED, that Mr. VerStandig shall work with the Debtor's counsel and shall refrain from acting as an attorney in connection with the above-captioned case, *except* Mr. VerStandig may use his CM/ECF filing privileges to enter an appearance on behalf of himself solely for purposes of receiving CM/ECF notices in this case and being able to track docket entries in this case; and it is further

ORDERED, that this order shall become effective upon entry, and Mr. VerStandig shall have no formal obligations to the Debtor until such a time as this order becomes effective.

Date: Sep 29 2023, 2023

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: September 29, 2023

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
7918 Jones Branch Dr.
4th Floor
McLean, VA 22102
703-223-1822 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

SEEN AND AGREED:

/s/ Michael Freeman

Michael Freeman, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7274
Michael.T.Freeman@usdoj.gov
Counsel for the United States Trustee