**From:** ecf@ndb.uscourts.gov
**To:** nate_olson@ndb.uscourts.gov
**Subject:** Ch-11 25-30002 Generations on 1st LLC Order on Application to Employ
**Date:** Thursday, March 5, 2026 2:00:56 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of North Dakota**

Notice of Electronic Filing

The following transaction was received from sfh entered on 3/5/2026 at 12:59 PM CST and filed on 3/5/2026

**Case Name:** Generations on 1st LLC
**Case Number:** 25-30002
**Document Number:** 336

**Docket Text:**
Order Approving Application to Employ Michael T. Schmitz as Chief Restructuring Officer for Debtor Generations on 1st LLC. (Related Docs. [291], [335]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. Â§ 328. The CROs duties, responsibilities and authority is outlined in the amended Chief Restructuring Agreement [Doc. 335-1]. This Order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order must file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016 and 11 U.S.C. 328, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Applicant must serve this docket text order on all interested parties who will not receive the Notice of Electronic Filing. Ordered by Judge Shon Hastings. (Text order only). Signed on 3/5/2026 (sfh)

The following document(s) are associated with this transaction:

**25-30002 Notice will be electronically mailed to:**

ERIK A. AHLGREN on behalf of Counter-Defendant The Ruins, LLC
erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN on behalf of Plaintiff The Ruins, LLC
erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren on behalf of Counter-Defendant The Ruins, LLC
trustee@prtel.com,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren on behalf of Plaintiff The Ruins, LLC
trustee@prtel.com,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Christianna A. Cathcart on behalf of Debtor Generations on 1st LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Debtor Parkside Place LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff Generations on 1st LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff Parkside Place LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Jordan J Feist on behalf of Creditor Watertown Development Company
jordan.feist@woodsfuller.com, bailey.jacobsma@woodsfuller.com

Dan Frisk on behalf of 3rd Pty Defendant Craig Development, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Craig Properties, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Jesse Craig
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Jordan Horner
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party CP Business Management, Inc.
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Development, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Holdings, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Properties, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Jesse Craig
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Mulinda a/k/a Mindy Craig
peggy@stflawfirm.com

Drew J. Hushka on behalf of Creditor Red River State Bank
dhushka@vogellaw.com, sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka on behalf of Debtor Generations on 1st LLC
dhushka@vogellaw.com, sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka on behalf of Defendant Red River State Bank
dhushka@vogellaw.com, sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka on behalf of Plaintiff Red River State Bank
dhushka@vogellaw.com, sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Douglas Murch on behalf of Defendant Craig Development, LLC
dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch on behalf of Defendant Craig Properties, LLC
dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch on behalf of Defendant Jesse Craig
dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch on behalf of Defendant Jordan Horner
dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch on behalf of Interested Party Jesse Craig
dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Caren Stanley on behalf of Creditor Red River State Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Defendant Red River State Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Plaintiff Red River State Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

David R. Strait on behalf of Creditor Watertown Development Company
david@austinlawsd.com, aphillips@austinlawsd.com

Kesha Tanabe on behalf of Creditor Red River State Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Defendant Red River State Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Plaintiff Red River State Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Counter-Defendant Generations on 1st LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Counter-Defendant Parkside Place LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor Generations on 1st LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor Parkside Place LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Generations on 1st LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Parkside Place LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee United States Trustee

sarah.j.wencil@usdoj.gov

**25-30002 Notice will not be electronically mailed to:**