**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Synergy CHC Corp.,**[1] | **Case No. 26-00465-ELG** |
| **Debtors.** | **Chapter 11 – Jointly Administered** |

**SUPPLEMENT IN SUPPORT OF THE UNITED STATES TRUSTEE'S OBJECTION TO THE APPLICATION TO APPROVE EMPLOYMENT OF LAUREN P. BERRET OF EISNER ADVISORY GROUP LLC AS CHIEF RESTRUCTURING OFFICER**

Matthew W. Cheney, the Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, hereby files this supplement in support of his objection (the "Objection") (Doc. No. 52) to the Application to Approve Employment of Lauren P. Berret of Eisner Advisory Group LLC as Chief Restructuring Officer (the "Application") (Doc. No. 8) filed by Synergy CHC Corp., *et al.* (the "Debtors" or "Synergy"). In support hereof, the U.S. Trustee states as follows:

Following representations of Debtors' counsel on September 23, 2026 that the relief requested by the Debtors through the Application was routinely granted, and not objected to by the U.S. Trustee, in jurisdictions across the country such as Delaware, New Jersey, Nevada, etc., undersigned counsel sought to verify those representations. While motions to appoint CROs are often filed, negotiated, and subsequently approved in those jurisdictions (and many others), undersigned was not able to find any orders approving the retention of CROs consistent with the relief sought by the Debtors here. To that end, some examples of recent CRO appointment motions

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

and orders are briefly summarized below and attached hereto.

1. The Debtors rely on Nevada Revised Statute NRS 78.622 to support their proposition that the Court may expand Ms. Berret's services without post-petition board approval (or any board approval) and permit Ms. Berret to act as the Debtors CRO without reporting to the board (or anyone, for that matter). The U.S. Trustee was not able to find any authority for these arguments or any written decision in the context of appointment of a CRO, or otherwise, citing to this statute. Undersigned's colleagues in Region 17 similarly have never seen this statute cited to or utilized in the way that the Debtors request this Court to.
2. Attached hereto as Exhibit A are copies of a typical unopposed debtor in possession motion to appoint a CRO that was filed in *In re X-Treme Bullets, Inc., et al.*, Case No. 18-50609 in the United States Bankruptcy Court for the District of Nevada along with an agreed order that was negotiated with the Office of the United States Trustee.
3. Attached hereto as Exhibit B is an example of a CRO Motion that was opposed by the U.S. Trustee in the District of Nevada (relief was sought pursuant to sections 327 and 328) in the case of *In re Musclepharm Corporation*, Case No. 22-14422, and a copy of the opposition filed by the Office of the U.S. Trustee in that case. The debtor ultimately withdrew its CRO Motion.
4. Attached hereto as Exhibit C are orders approving the CRO in the cases of *In re SIMAD Holdings Ltd,. et al.,* 26-16439 and *In re DAMIS Holdings LLC, et al.*, 26-16439 pending in the United States Bankruptcy Court for the District of New Jersey. These orders were negotiated with the Office of the United States Trustee in the District of New Jersey.
5. Finally, attached as Exhibit D is a copy of pleadings filed in the cases of *In re Oya Renewables Development LLC, et al.*, 24-12574 pending in the Bankruptcy Court for the District of Delaware and a copy of the Order of Judge Karen B. Owens denying the Application of the

Debtor to employ Ankura Consulting Group, LLC and John Sheperd as CRO.

Wherefore, the U.S. Trustee requests that the Court sustain the objection, deny the Application, and grant such further relief as is just.

Dated: October 1, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on October 1, 2026, I electronically filed the foregoing Objection with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Christianna Annette Cathcart christianna@dcbankruptcy.com

Ted Cohen tcohen@sheppardmullin.com

Kevin M Davis jessica-giglio-8668@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Nicklos Tanner Frei tfrei@ktbslaw.com

Nir Maoz nmaoz@ktbslaw.com

Dylan G. Trache dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist