**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SYNERGY CHC CORP., *et al.*, | ) | Case No. 26-465-ELG |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER GRANTING MOTION TO ABANDON ENCUMBERED PROPERTY, LIFT THE AUTOMATIC STAY, AND AUTHORIZE AND APPROVE THE FORECLOSURE AND ACCEPTANCE AGREEMENT**

Upon consideration of Debtors' *Motion to Abandon Encumbered Assets* ("**Motion to Abandon**") [Dkt. No. 33] seeking an order under 11 U.S.C § 554 authorizing the abandonment of all estate property that is encumbered by the perfected liens of its secured creditors ACP Agency LLC and Acme Credit Partners LLC (collectively "**ACP**"); the terms of agreement between the Debtors and ACP having been read into the record at the September 15, 2026, hearing before this Court, and certain of the Debtors and ACP having entered into that certain *Acceptance of*

[1] The debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "**Debtors**").

*Collateral in Partial Satisfaction Agreement (United States and Canada)* ("**Agreement**"),[2] attached hereto as **Exhibit A**, and the Court finding that due and proper notice was given pursuant to Bankruptcy Rule 6007 and that no other or further notice need be given; and the Court finding that the Collateral sought to be abandoned is burdensome to the estate or of inconsequential value and benefit to the estate and that entry into the Agreement is in the best interests of the Debtors;

IT IS HEREBY ORDERED that

1. The Debtors' Motion to Abandon is GRANTED subject to, and as modified by, the terms of this Order and the Agreement.
2. The abandonment shall be in accordance with, and governed by, the Agreement and nothing in this Order shall be construed to modify, alter, or abridge the terms of the Agreement.
3. The Debtors are authorized to enter into the Agreement, which Agreement is hereby approved.
4. For the avoidance of doubt, any After-Discovered Asset shall be deemed abandoned and/or disposed of in accordance with the Agreement without further order of this Court.
5. To the extent necessary, the Court hereby modifies the automatic stay pursuant to 11 U.S.C. § 362 to permit ACP to foreclose on or otherwise accept the Collateral under the Agreement.
6. This Order and the Agreement shall be binding upon all parties in interest in these chapter 11 cases, including, without limitation, the Debtors, ACP, all other creditors

[2] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Agreement.

of the Debtors, any officers and stockholders of the Debtors, any creditors' or equity committee(s), and each of their respective successors and assigns (including any trustee appointed under chapter 7 or chapter 11 of the Bankruptcy Code or any other fiduciary or estate representative hereafter appointed or elected in any of the chapter 11 cases or any superseding cases), and shall inure to the benefit of the Debtors, ACP, and each of their respective successors and assigns. This Order and the Agreement shall remain valid and enforceable upon conversion of any of the Debtors' cases to cases under chapter 7 of the Bankruptcy Code and/or the dismissal of any of the Debtors' cases.

7. This Order shall be immediately effective and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(4).

[Signed and dated above.]

Proponents:

/s/ *Kevin M. Davis*
Kevin M. Davis
Jeffrey A. Liesemer
Lucas H. Self (*pro hac vice*)
Alec G. Schwartz
1200 New Hampshire Ave NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kdavis@capdale.com
jliesemer@capdale.com
lself@capdale.com
aschwartz@capdale.com

*Counsel to ACP Agency LLC and Acme Credit Partners LLC*

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

*Counsel for the Debtors*