The order below is hereby signed.

Signed: October 2 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 11 |
| SYNERGY CHC CORP., *et al.*, | Case No. 26-465-ELG |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION TO ABANDON ENCUMBERED PROPERTY, LIFT THE AUTOMATIC STAY, AND AUTHORIZE AND APPROVE THE FORECLOSURE AND ACCEPTANCE AGREEMENT**

Upon consideration of Debtors' *Motion to Abandon Encumbered Assets* ("**Motion to Abandon**") [Dkt. No. 33] seeking an order under 11 U.S.C § 554 authorizing the abandonment of all estate property that is encumbered by the perfected liens of its secured creditors ACP Agency LLC and Acme Credit Partners LLC (collectively "**ACP**"); the terms of agreement between the Debtors and ACP having been read into the record at the September 15, 2026, hearing before this Court, and certain of the Debtors and ACP having entered into that certain *Acceptance of*

[1] The debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd. (collectively, the "**Debtors**").

*Collateral in Partial Satisfaction Agreement (United States and Canada)* ("**Agreement**"),[2] attached hereto as **Exhibit A**, and the Court finding that due and proper notice was given pursuant to Bankruptcy Rule 6007 and that no other or further notice need be given; and the Court finding that the Collateral sought to be abandoned is burdensome to the estate or of inconsequential value and benefit to the estate and that entry into the Agreement is in the best interests of the Debtors;

IT IS HEREBY ORDERED that

1. The Debtors' Motion to Abandon is GRANTED subject to, and as modified by, the terms of this Order and the Agreement.
2. The abandonment shall be in accordance with, and governed by, the Agreement and nothing in this Order shall be construed to modify, alter, or abridge the terms of the Agreement.
3. The Debtors are authorized to enter into the Agreement, which Agreement is hereby approved.
4. For the avoidance of doubt, any After-Discovered Asset shall be deemed abandoned and/or disposed of in accordance with the Agreement without further order of this Court.
5. To the extent necessary, the Court hereby modifies the automatic stay pursuant to 11 U.S.C. § 362 to permit ACP to foreclose on or otherwise accept the Collateral under the Agreement.
6. This Order and the Agreement shall be binding upon all parties in interest in these chapter 11 cases, including, without limitation, the Debtors, ACP, all other creditors

[2] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Agreement.

of the Debtors, any officers and stockholders of the Debtors, any creditors' or equity committee(s), and each of their respective successors and assigns (including any trustee appointed under chapter 7 or chapter 11 of the Bankruptcy Code or any other fiduciary or estate representative hereafter appointed or elected in any of the chapter 11 cases or any superseding cases), and shall inure to the benefit of the Debtors, ACP, and each of their respective successors and assigns. This Order and the Agreement shall remain valid and enforceable upon conversion of any of the Debtors' cases to cases under chapter 7 of the Bankruptcy Code and/or the dismissal of any of the Debtors' cases.

7. This Order shall be immediately effective and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(4).

[Signed and dated above.]

Proponents:

/s/ *Kevin M. Davis*
Kevin M. Davis
Jeffrey A. Liesemer
Lucas H. Self (*pro hac vice*)
Alec G. Schwartz
1200 New Hampshire Ave NW, 8th Floor
Washington, DC 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kdavis@capdale.com
jliesemer@capdale.com
lself@capdale.com
aschwartz@capdale.com

*Counsel to ACP Agency LLC and Acme Credit Partners LLC*

/s/ *Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

*Counsel for the Debtors*

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00465-ELG
Synergy CHC Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 5
Date Rcvd: Oct 02, 2026 Form ID: pdf001 Total Noticed: 109

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Jack Ross, Attn: Dylan G. Trache, Nelson Mullins Riley & Scarborough LLP, 901 15th Street NW, Suite 1200, Washington, DC 20005-2344 |
| 814312 | + | ACP Agency, LLC, c/o Acme Credit Partners, LLC, 600 Lexington Ave., 14th Floor, New York, NY 10022-6000 |
| 814313 | + | Ahold USA, Inc., 3213 Paysphere Circle, Chicago, IL 60674-0001 |
| 814314 | + | Alabev/Birmingham Beverage, 211 Citation Court, Birmingham, AL 35209-6318 |
| 814315 | + | Albertson's LLC, PO Box 29093, Phoenix, AZ 85038-9093 |
| 814316 | + | Amazon.com, PO Box 80387, Seattle, WA 98108-1309 |
| 814317 | + | Anthem Blue Cross and Blue Shield, PO Box 11792, Newark, NJ 07101-4792 |
| 814318 | + | Atlantic Beverage Distributors, 350 Hopping Brook Rd, Holliston, MA 01746-1458 |
| 814319 | + | Avalara, Dept. CH 16781, Palatine, IL 60055-0001 |
| 814320 | + | BJ's Wholesale Club, Inc., PO Box 9158, Marlborough, MA 01752-5158 |
| 814321 | + | C&S Wholesale Grocers, 47 Old Ferry Road, Brattleboro, VT 05301-9240 |
| 814323 | | Cardinal Health, PO Box 182516, Columbus, OH 43218-2516 |
| 814325 | + | Central Distributors DBA C&M Sales, 2800 Vance St., Little Rock, AR 72206-3338 |
| 814326 | + | Chief Media, LLC, 368 9th Ave., New York, NY 10001-0614 |
| 814327 | + | Circana, LLC, 203 N. Lasalle St., Suite 1500, Chicago, IL 60601-1228 |
| 814328 | + | City of Westbrook, 2 York St., Westbrook, ME 04092-5710 |
| 814329 | + | Coastal Pacific Food Distributors, PO Box 12809, Norfolk, VA 23541-0809 |
| 814330 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 814332 | + | Core-Mark US, LLC, 1500 Solana Blvd, Suite 3400, Westlake , TX 76262-5318 |
| 814331 | | Core-mark International, 1144 Broadway Road, Sanford, NC 27332-9793 |
| 814336 | | Datasite, LLC, PO BOX 74007252, Chicago, IL 60674-7252 |
| 814337 | + | Davidson Specialty Foods, PO Box 620, Brattleboro, VT 05302-0620 |
| 814338 | + | Delhaize America, PO Box 519, Salisbury, NC 28145-0519 |
| 814339 | | Dicentral, P.O. Box 200453, Dallas, TX 75320-0453 |
| 814340 | | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |
| 814348 | + | GWI, PO Box 23262, New York, NY 10087-4262 |
| 814343 | + | Gabriel Brothers, Inc., 55 Scott Avenue, Morgantown, WV 26508-8853 |
| 814344 | + | Gateway Group, LLC, 4685 Macarthur Court, Suite 400, Newport Beach, CA 92660-1855 |
| 814345 | + | Global Widget, 8419 Sunstate Street, Tampa, FL 33634-1306 |
| 814346 | + | Google, LLC, Dept 33654, PO Box 39000, San Francisco, CA 94139-0001 |
| 814347 | | Grocery Supply Company, 130 Hillcrest Drive, Sulphur Springs, TX 75482 |
| 814353 | + | HBC Service Company, 700 Cranberry Woods Dr., Cranberry Township, PA 16066-5213 |
| 814355 | + | HY-VEE, 5820 Westown Parkway, West Des Moines, IA 50266-8290 |
| 814351 | + | Hand MD Corp., 770 Roosevelt Trail, Suite 8, #1016, Windham, ME 04062-5300 |
| 814352 | + | Hanover Insurance Group, PO Box 580045, Charlotte, NC 28258-0045 |
| 814354 | #+ | Health Food Distributors, 1893 Northwood Drive, Troy, MI 48084-5525 |
| 814356 | + | IHerb, 17400 Laguna Canyon Rd, Suite 400, Irvine, CA 92618-5425 |

| | | |
|---|---|---|
| 814357 | + | Imperial Distributions, LLC, 850 Northlake Dr., Suite 100, Coppell, TX 75019-4719 |
| 814359 | + | Indian Nation Wholesale Company, PO Box 70, Durant, OK 74702-0070 |
| 814360 | | Instacart, PO BOX 103272, Pasadena, CA 91189-3272 |
| 814362 | + | Jaime Fickett, 3 Kimball Drive, Standish, ME 04084-5755 |
| 814363 | + | KEHE Dist., c/o KEHE Accounts Payable, PO Box 24830, Jacksonville, FL 32241-4830 |
| 814364 | | Kroger, PO Box 305103, Nashville, TN 37230-5103 |
| 814366 | + | Mackoul Distributors, Inc., 13350 International Parkway, Suite 105, Jacksonville, FL 32218-2395 |
| 814367 | | Mancini Beverage, 1202 Jefferson Blvd, Warwick, RI 02886 |
| 814368 | | Massachusetts Dept. of Revenue, PO Box 7089, Boston, MA 02241-6423 |
| 814369 | | Mckesson Corporation, PO Box 4017, Danville, IL 61834-4017 |
| 814370 | + | Meijer, PO Box X, Grand Rapids, MI 49501-4924 |
| 814371 | + | Mid-State Beverage Co., 1805 East Third St, Williamsport, PA 17701-3994 |
| 814372 | + | Multi-Pak Packaging, 241 B Clinton Road W, Caldwell, NJ 07006-6603 |
| 814373 | + | NASDAQ, 151 W. 42nd Street, New York, NY 10036-6563 |
| 814376 | + | NomadChoice Pty, Ltd., PO Box 22, Sebago, ME 04029-0022 |
| 814377 | + | North Carolina Mutual, PO Box 411, 816 Ellis Road, Durham, NC 27703-6019 |
| 814378 | | North Sebago Storage, 1153 Sebago Rd, Sebago, ME 04029 |
| 814379 | | Notified, Attn: Digital Media Innovations, P.O. Box 74007143, Chicago, IL 60674-7173 |
| 815087 | | PA Dept. of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 814381 | + | Patina Development Group, 1420 NW Gilman Blvd, #2111, Issaquah, WA 98027-5394 |
| 814382 | + | Perpetua Labs, LLC, 1801 Porter Street, Suite 300, Baltimore, MD 21230-5562 |
| 814384 | | Publix Super Markets, Inc., PO Box, 320, Lakeland, FL 33802 |
| 814386 | + | RBSM, LLP, 805 Third Ave, Suite 1430, New York, NY 10022-7513 |
| 814385 | + | Ravi's Import Warehouse, PO Box 29102, Dallas, TX 75229-0102 |
| 814387 | + | Riega Snacks, Inc., 6601 Lyons Rd, Suite H-9, Coconut Creek, FL 33073-3632 |
| 814393 | | SPS Commerce, Inc, P.O. BOX 205782, Dallas, TX 75320-5782 |
| 814388 | + | Sanders Morris, 600 Travis St. Suite 500, Houston, TX 77002-2909 |
| 814389 | + | Scott Insurance, PO Box 603438, Charlotte, NC 28260-3438 |
| 814390 | + | Select Nutrition, c/o UNFI Accounts Payable, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 814397 | + | State of New Hampshire, PO Box 9502, Manchester, NH 03108-9502 |
| 814398 | + | State of New Jersey, PO Box 252, Trenton, NJ 08646-0252 |
| 814400 | + | State of Pennsylvania, 2 Revenue Place, Harrisburg, PA 17129-0002 |
| 814402 | + | SymQuest, 4 Thomas Drive, Suite 1, Westbrook, ME 04092-3842 |
| 814403 | | Synergy CHC Inc., 3175 Highway 2, Fall River, NS B2T 1J5 |
| 814404 | + | Synergy Reorg, LLC, 20 F Street NW, 7th Floor, Washington, DC 20001-6700 |
| 814405 | + | Tailored Bottling Solutions, 500 Cummings Center, Suite 6050, Beverly, MA 01915-6142 |
| 814406 | | Target.com, TNC 3110, PO Box 9493, Minneapolis, MN 55440-9493 |
| 814407 | + | Tenace Incubation, 970 E Orangethorpe Ave, Anaheim, CA 92801-1132 |
| 814408 | + | The M.A. Patterson Company, 840 Mustang Dr., Grapevine, TX 76051-3904 |
| 814409 | + | The Vitamin Shoppe, 2101 91ST Street, North Bergen, NJ 07047-4731 |
| 814410 | | UL Verification Services, 62045 Collections Center Drive, Chicago, IL 60693-0620 |
| 814411 | + | Unishippers, PO Box. 733851, Dallas, TX 75373-3851 |
| 814412 | + | V Stock Transfer, 18 Lafayette Place, Woodmere, NY 11598-2138 |
| 814413 | + | Value Drug Company, 195 Theater Drive, Duncansville, PA 16635-7144 |
| 814415 | ++ | WALMART INC, ATTN SAM'S CLUB, 1 CUSTOMER DRIVE, BENTONVILLE AR 72716-5004 address filed with court:, WAL-MART STORES, 702 SW 8th St., Bentonville, AR 72716 |
| 814414 | + | Wakefern Food Corporation, 5000 Riverside Dr., Keasbey, NJ 08832-1209 |
| 814416 | + | Walgreens Company, PO Box 4057, Danville, IL 61834-4057 |
| 814417 | + | Washington State Dept. of Revenue, 6500 Linderson Way SW, Olympia, WA 98501-6561 |

TOTAL: 88

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 02 2026 23:20:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 02 2026 23:15:15 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 02 2026 23:15:25 | Office of Attorney General, Tax, Bankruptcy, and |

| | | | | |
|---|---|---|---|---|
| | | | | Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 02 2026 23:20:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 02 2026 23:20:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 814324 | | Email/Text: funding@cedaradvance.com | Oct 02 2026 23:20:00 | Cedar Advance, LLC, 5401 Collins Avenue CU-9A, Miami Beach, FL 33140 |
| 814333 | | Email/Text: CostcoBankruptcyNotices@costco.com | Oct 02 2026 23:20:00 | Costco Wholesale, PO Box 34622, Seattle, WA 98124 |
| 814335 | + | Email/Text: mary.dowd2@cvshealth.com | Oct 02 2026 23:20:00 | CVS Pharmacy, 1 CVS Drive, Woonsocket, RI 02895-6146 |
| 814322 | | Email/Text: USCBNotices@cdtfa.ca.gov | Oct 02 2026 23:20:00 | California Dept. of Tax and Fees AD, PO Box 942879, Sacramento, CA 94279-7072 |
| 814342 | | Email/Text: itcdbg@edd.ca.gov | Oct 02 2026 23:20:00 | Employment Development Department, PO Box 826215, Sacramento, CA 94230-6215 |
| 814358 | | Email/Text: jkeller@imperialdistributors.com | Oct 02 2026 23:20:00 | Imperial Distributors Inc., 150 Blackstone River Rd, Worcester, MA 01607 |
| 814361 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 23:20:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 814365 | + | Email/Text: LDRBankruptcy.EBN@la.gov | Oct 02 2026 23:20:00 | Louisiana Dept. of Revenue, 617 North Third Street, Baton Rouge, LA 70802-5432 |
| 814380 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 02 2026 23:20:00 | Ohio Department of Taxation, PO Box 2678, Columbus, OH 43216-2678 |
| 814659 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 02 2026 23:20:00 | Ohio Department of Taxation, P.O. Box 530, Columbus, OH 43216-0530 |
| 814383 | | Email/Text: cfo@pinestatetrading.com | Oct 02 2026 23:20:00 | Pine State Beverage, 100 Enterprise Ave., Gardiner, ME 04345 |
| 814394 | + | Email/Text: BNC_Notices@floridarevenue.com | Oct 02 2026 23:20:00 | State of Florida, 5050 W Tennessee St., Tallahassee, FL 32399-6586 |
| 814395 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Oct 02 2026 23:20:00 | State of Indiana, PO Box 7218, Indianapolis, IN 46207-7218 |
| 814396 | + | Email/Text: complianceBK.MRS@maine.gov | Oct 02 2026 23:20:00 | State of Maine, 51 Commerce Drive, Augusta, ME 04330-7999 |
| 814399 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 02 2026 23:20:00 | State of New York, PO Box 4127, Binghamton, NY 13902-4127 |
| 814401 | | Email/Text: pacer@cpa.state.tx.us | Oct 02 2026 23:20:00 | State of Texas, 111 East 17th Street, Austin, TX 78774 |
| 814411 | ^ | MEBN | Oct 02 2026 23:15:33 | Unishippers, PO Box. 733851, Dallas, TX 75373-3851 |
| 814415 | | Email/Text: bankruptcy@walmart.com | Oct 02 2026 23:20:00 | WAL-MART STORES, 702 SW 8th St., Bentonville, AR 72716 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACP Agency LLC and Acme Credit Partners LLC |
| cr | | Sanders Morris, LLC |

| | | |
|---|---|---|
| 814334 | | Crane Worldwide Logistics, LLC |
| 814349 | | H-E-B, 380 Wonder World Drive |
| 814375 | | Las Vegas, NV 89119 |
| 814374 | | Nevada Department of Taxation, 700 E. Warm Springs Rd. Ste 200 |
| 814392 | | Norfolk, VA 23502 |
| 814391 | | SPARTANNASH, 1133 Kindwood Ave |
| 814350 | | San Marcos, TX 78666 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 814341 | *+ | EG America, LLC, 165 Flanders Rd, Westborough, MA 01581-1032 |

TOTAL: 9 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Synergy CHC Corp. christianna@dcbankruptcy.com |
| Dylan G. Trache | on behalf of Creditor Jack Ross dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kevin M Davis | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC jessica-giglio-8668@ecf.pacerpro.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession NomadChoice Pty Ltd. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Mexico mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy Reorg LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Hand MD Corp mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| | |
|---|---|
| Nicklos Tanner Frei | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC tfrei@ktbslaw.com |
| Nir Maoz | on behalf of Creditor ACP Agency LLC and Acme Credit Partners LLC nmaoz@ktbslaw.com |
| Ted Cohen | on behalf of Creditor Sanders Morris LLC tcohen@sheppardmullin.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15