**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Synergy CHC Corp.,**[1] | **Case No. 26-00465-ELG** |
| **Debtors.** | **Chapter 11 – Jointly Administered** |

**NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION TO CONVERT CHAPTER 11 CASE, OR IN THE ALTERNATIVE, TO DIRECT THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a)**

Please take notice that Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, hereby withdraws his Motion to Convert Chapter 11 Case, or in the alternative, to direct the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a), filed September 22, 2026 (Docket No. 53). Please remove the Motion from this Court's October 16, 2026 docket.

Date: October 5, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis
DC Fed. Bar No. MD28984
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

**Certificate of Service**

I hereby certify that on October 5, 2026, I electronically filed the foregoing Notice with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system to the following:

Christianna Annette Cathcart christianna@dcbankruptcy.com

Ted Cohen tcohen@sheppardmullin.com

Kevin M Davis jessica-giglio-8668@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Nicklos Tanner Frei tfrei@ktbslaw.com

Nir Maoz nmaoz@ktbslaw.com

Dylan G. Trache dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist