Maurice B. VerStandig, Esq.
Bar No. MD18071
Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
christianna@dcbankruptcy.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-465-ELG |
| | ) | (Chapter 11) |
| Synergy CHC Corp.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF MOTION TO APPROVE COMPROMISE WITH JACK ROSS**

NOTICE IS HEREBY GIVEN that the debtors in these jointly administered cases have filed a motion to approve a compromise with Jack Ross. A copy of the proposed settlement agreement is attached to this notice and is being served with this notice. Parties in interest are urged to read the proposed agreement in full and to not rely on the thoroughness of the summary thereof in this notice.

The proposed agreement provides for (i) Mr. Ross to pay $130,000.00 to the estate of Synergy CHC Corp.; (ii) the debtors to execute mutual global releases with both Mr. Ross and his closely held entity, Kenek Brands Inc.; (iii) the agreement to be rescindable in the event material information was withheld from the debtors; and (iv) several other terms, most of which are

[1] The Debtors in these cases are Synergy Reorg, LLC, Case No. 26-464-ELG.; Synergy CHC Corp., Case No. 26-465-ELG; Synergy CHC Inc., Case No. 26-466-ELG; Hand MD Corp., Case No. 26-467-ELG; NomadChoice Pty, Ltd., Case No. 26-468-ELG; and Synergy CHC Mexico, Case No. 26-469-ELG.

relatively normative in nature but all of which should be reviewed by any party in interest wishing to diligently examine the proposed settlement.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE DECEMBER 11, 2026, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 18, 2026 at 10:30 AM. The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

*[Signature on Following Page]*

Respectfully submitted,

Dated: November 25, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. I FURTHER CERTIFY that a copy of this notice is also being sent to all parties on the service matrix attached hereto (with such service including a copy of the agreement appended hereto but *not* including a copy of the matrix itself).

/s/ Maurice B. VerStandig
Maurice B. VerStandig