Label Matrix for local noticing
0090-1
Case 26-00465-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Wed Nov 25 08:54:31 EST 2026

Synergy CHC Corp.
PO Box 22
Sebago, ME 04029-0022

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

ACP Agency, LLC
c/o Acme Credit Partners, LLC
600 Lexington Ave., 14th Floor
New York, NY 10022-6000

Ahold USA, Inc.
3213 Paysphere Circle
Chicago, IL 60674-0001

Alabev/Birmingham Beverage
211 Citation Court
Birmingham, AL 35209-6318

Albertson's LLC
PO Box 29093
Phoenix, AZ 85038-9093

Amazon.com
PO Box 80387
Seattle, WA 98108-1309

Anthem Blue Cross and Blue Shield
PO Box 11792
Newark, NJ 07101-4792

Atlantic Beverage Distributors
350 Hopping Brook Rd
Holliston, MA 01746-1458

Avalara
Dept. CH 16781
Palatine, IL 60055-0001

BJ's Wholesale Club, Inc.
PO Box 9158
Marlborough, MA 01752-5158

C&S Wholesale Grocers
47 Old Ferry Road
Brattleboro, VT 05301-9240

CVS Pharmacy
1 CVS Drive
Woonsocket, RI 02895-6146

California Dept. of Tax and Fees AD
PO Box 942879
Sacramento, CA 94279-7072

Cardinal Health
PO Box 182516
Columbus, OH 43218-2516

(p)CEDAR ADVANCE LLC
5401 COLLINS AVENUE
SUITE CU-9A
MIAMI BEACH FL 33140-2590

Central Distributors DBA C&M Sales
2800 Vance St.
Little Rock, AR 72206-3338

Chief Media, LLC
368 9th Ave.
New York, NY 10001-0614

Circana, LLC
203 N. Lasalle St.
Suite 1500
Chicago, IL 60601-1228

City of Westbrook
2 York St.
Westbrook, ME 04092-5710

Coastal Pacific Food Distributors
PO Box 12809
Norfolk, VA 23541-0809

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Core-Mark US, LLC
1500 Solana Blvd
Suite 3400
Westlake , TX 76262-5318

Core-mark International
1144 Broadway Road
Sanford, NC 27332-9793

(p)COSTCO WHOLESALE
ATTN VENDOR MAINTENANCE
730 LAKE DRIVE
ISSAQUAH WA 98027-5504

Datasite, LLC
PO BOX 74007252
Chicago, IL 60674-7252

Davidson Specialty Foods
PO Box 620
Brattleboro, VT 05302-0620

Delhaize America
PO Box 519
Salisbury, NC 28145-0519

Dicentral
P.O. Box 200453
Dallas, TX 75320-0453

EG America, LLC
165 Flanders Rd
Westborough, MA 01581-1032

Employment Development Department
PO Box 826215
Sacramento, CA 94230-6215

GWI
PO Box 23262
New York, NY 10087-4262

Gabriel Brothers, Inc.
55 Scott Avenue
Morgantown, WV 26508-8853

Gateway Group, LLC
4685 Macarthur Court, Suite 400
Newport Beach, CA 92660-1855

Global Widget
8419 Sunstate Street
Tampa, FL 33634-1306

Google, LLC
Dept 33654, PO Box 39000
San Francisco, CA 94139-0001

Grocery Supply Company
130 Hillcrest Drive
Sulphur Springs, TX 75482

HBC Service Company
700 Cranberry Woods Dr.
Cranberry Township, PA 16066-5213

HY-VEE
5820 Westown Parkway
West Des Moines, IA 50266-8290

Hand MD Corp.
770 Roosevelt Trail
Suite 8, #1016
Windham, ME 04062-5300

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Health Food Distributors
1893 Northwood Drive
Troy, MI 48084-5525

IHerb
17400 Laguna Canyon Rd
Suite 400
Irvine, CA 92618-5425

Imperial Distributions, LLC
850 Northlake Dr.
Suite 100
Coppell, TX 75019-4719

(p)IMPERIAL DISTRIBUTORS INC
150 BLACKSTONE RIVER ROAD
WORCESTER MA 01607-1455

Indian Nation Wholesale Company
PO Box 70
Durant, OK 74702-0070

Instacart
PO BOX 103272
Pasadena, CA 91189-3272

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jaime Fickett
3 Kimball Drive
Standish, ME 04084-5755

KEHE Dist.
c/o KEHE Accounts Payable
PO Box 24830
Jacksonville, FL 32241-4830

Kroger
PO Box 305103
Nashville, TN 37230-5103

Louisiana Dept. of Revenue
617 North Third Street
Baton Rouge, LA 70802-5432

Mackoul Distributors, Inc.
13350 International Parkway
Suite 105
Jacksonville, FL 32218-2395

Mancini Beverage
1202 Jefferson Blvd
Warwick, RI 02886

Massachusetts Department of Revenue
Resolution/Bankruptcy Unit
PO Box 7090, Boston, MA 02204

Massachusetts Dept. of Revenue
PO Box 7089
Boston, MA 02241-6423

Mckesson Corporation
PO Box 4017
Danville, IL 61834-4017

Meijer
PO Box X
Grand Rapids, MI 49501-4924

Mid-State Beverage Co.
1805 East Third St
Williamsport, PA 17701-3994

Multi-Pak Packaging
241 B Clinton Road W
Caldwell, NJ 07006-6603

NASDAQ
151 W. 42nd Street
New York, NY 10036-6563

NomadChoice Pty, Ltd.
PO Box 22
Sebago, ME 04029-0022

North Carolina Mutual
PO Box 411
816 Ellis Road
Durham, NC 27703-6019

North Sebago Storage
1153 Sebago Rd
Sebago, ME 04029

Notified
Attn: Digital Media Innovations
P.O. Box 74007143
Chicago, IL 60674-7173

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

PA Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Patina Development Group
1420 NW Gilman Blvd, #2111
Issaquah, WA 98027-5394

Perpetua Labs, LLC
1801 Porter Street, Suite 300
Baltimore, MD 21230-5562

(p)PINE STATE TRADING CO
100 ENTERPRISE AVE
GARDINER ME 04345-6249

Publix Super Markets, Inc.
PO Box
320
Lakeland, FL 33802

RBSM, LLP
805 Third Ave
Suite 1430
New York, NY 10022-7513

Ravi's Import Warehouse
PO Box 29102
Dallas, TX 75229-0102

Riega Snacks, Inc.
6601 Lyons Rd
Suite H-9
Coconut Creek, FL 33073-3632

SPS Commerce, Inc
P.O. BOX 205782
Dallas, TX 75320-5782

Sanders Morris
600 Travis St. Suite 500
Houston, TX 77002-2909

Scott Insurance
PO Box 603438
Charlotte, NC 28260-3438

Select Nutrition
c/o UNFI Accounts Payable
313 Iron Horse Way
Providence, RI 02908-5637

State of Florida
5050 W Tennessee St.
Tallahassee, FL 32399-6586

State of Indiana
PO Box 7218
Indianapolis, IN 46207-7218

State of Maine
51 Commerce Drive
Augusta, ME 04330-7999

State of New Hampshire
PO Box 9502
Manchester, NH 03108-9502

State of New Jersey
PO Box 252
Trenton, NJ 08646-0252

State of New York
PO Box 4127
Binghamton, NY 13902-4127

State of Pennsylvania
2 Revenue Place
Harrisburg, PA 17129-0002

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

SymQuest
4 Thomas Drive
Suite 1
Westbrook, ME 04092-3842

Synergy CHC Inc.
3175 Highway 2
Fall River, NS B2T 1J5

Synergy Reorg, LLC
20 F Street NW
7th Floor
Washington, DC 20001-6700

Tailored Bottling Solutions
500 Cummings Center, Suite 6050
Beverly, MA 01915-6142

Target.com
TNC 3110
PO Box 9493
Minneapolis, MN 55440-9493

Tenace Incubation
970 E Orangethorpe Ave
Anaheim, CA 92801-1132

The M.A. Patterson Company
840 Mustang Dr.
Grapevine, TX 76051-3904

The Vitamin Shoppe
2101 91ST Street
North Bergen, NJ 07047-4731

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

UL Verification Services
62045 Collections Center Drive
Chicago, IL 60693-0620

Unishippers
PO Box. 733851
Dallas, TX 75373-3851

V Stock Transfer
18 Lafayette Place
Woodmere, NY 11598-2138

Value Drug Company
195 Theater Drive
Duncansville, PA 16635-7144

(p)WALMART INC
ATTN SAM'S CLUB
1 CUSTOMER DRIVE
BENTONVILLE AR 72716-5004

Wakefern Food Corp.
Attn: Michael Falk
5000 Riverside Drive
Keasbey, NJ 08832-1209

Wakefern Food Corporation
5000 Riverside Dr.
Keasbey, NJ 08832-1209

Walgreens Company
PO Box 4057
Danville, IL 61834-4057

Washington State Dept. of Revenue
6500 Linderson Way SW
Olympia, WA 98501-6561

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave, NW
Ste 500
Washington, DC 20036-5304

Jack Ross
Attn: Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
901 15th Street NW, Suite 1200
Washington, DC 20005-2344

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cedar Advance, LLC
5401 Collins Avenue CU-9A
Miami Beach, FL 33140

Costco Wholesale
PO Box 34622
Seattle, WA 98124

Imperial Distributors Inc.
150 Blackstone River Rd
Worcester, MA 01607

Pine State Beverage
100 Enterprise Ave.
Gardiner, ME 04345

State of Texas
111 East 17th Street
Austin, TX 78774

WAL-MART STORES
702 SW 8th St.
Bentonville, AR 72716

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACP Agency LLC and Acme Credit Partners LL

(u)Sanders Morris, LLC

(u)Crane Worldwide Logistics, LLC

(d)EG America, LLC
165 Flanders Rd
Westborough, MA 01581-1032

(u)H-E-B
380 Wonder World Drive

(u)Las Vegas, NV 89119

(u)Nevada Department of Taxation
700 E. Warm Springs Rd. Ste 200

(u)Norfolk, VA 23502

(u)SPARTANNASH
1133 Kindwood Ave

(u)San Marcos, TX 78666

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 108 |
| Bypassed recipients | 10 |
| Total | 118 |